ROGERS JOSEPH O'DONNELL
Aaron P. Silberman (State Bar No. 161021)
asilberman@rjo.com
Richard M. Harris (State Bar No. 268171)
rharris@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Plaintiff
WATTS CONSTRUCTORS, LLC

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| WATTS CONSTRUCTORS, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>PAPICH CONSTRUCTION CO., INC.;<br>ARCH INSURANCE COMPANY, INC.;<br>AND DOES 1 to 20,<br><br>               Defendants. | Case No.<br><br>**COMPLAINT ON PERFORMANCE BOND** |

Plaintiff Watts Constructors, LLC ("Plaintiff" or "Watts") alleges as follows:

### THE PARTIES

1.      At all times mentioned herein, Watts is or was a limited liability corporation incorporated in Iowa and qualified to do business in California.  Watts is wholly owned by a Virginia corporation with its principal place of business in Virginia.

2.      At all times mentioned herein, Defendant Papich Construction Co., Inc. ("Papich"), is or was a California Corporation qualified to do business in California.

3.      At all times mentioned herein, Defendant Arch Insurance Company, Inc. ("Arch"), is or was a Missouri Corporation qualified to do business in California.

4.      The true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as Does 1 through 20 are unknown to Plaintiff, who

1  therefore sues such Defendants by said fictitious names, and Plaintiff will amend this

2  complaint to show their true names and capacities when the same have been ascertained.

3  Plaintiff is informed and believes, and on such information and belief alleges, that all

4  Defendants sued herein as Does are in some manner responsible for the acts herein alleged.

5        5.    At all times mentioned herein the Defendants, including Does 1 through

6  20 (collectively, "Defendants") were acting as the agents of the other Defendants within the

7  course and scope of such agency.

8  **JURISDICTION AND VENUE**

9        6.    This Court has original jurisdiction over this action pursuant to 28

10  U.S.C. § 1332(a) because the parties are citizens of different states and the amount in

11  controversy exceeds the sum of $75,000, exclusive of interest and costs.

12        7.    Venue is proper in the Central District of California pursuant to the

13  requirements of 28 U.S.C. § 1391 because a substantial part of the events or omissions giving

14  rise to the claims below occurred in this district.

15        8.    This Court has personal jurisdiction over the parties because they all

16  have transacted business within the district.

17  **FACTUAL ALLEGATIONS**

18        9.    On or around September 3, 2014, Watts entered into a contract with the

19  United States of America to construct a Satellite Communications Earth Terminal Facility in

20  Camp Roberts, California (the "Project").

21        10.    On or around March 3, 2015, Watts entered into a subcontract with

22  Papich to construct and install Earthwork, Base, Paving, Under-base Improvements, Striping,

23  Signage, Parking Bumpers, Silt Fence, and construction fences for the Project.  A true and

24  correct copy of this contract is attached as Exhibit A (the "Subcontract").

25        11.    The contract between the United States of America and Watts was

26  incorporated into the Subcontract.

27  ///

28  ///

Page 2

12.     In February 2015, Papich entered into a performance bond with Arch, naming Watts as Obligee.  A true and correct copy of this bond is attached as Exhibit B (the "Bond").

13.     Under the terms of the Bond, if Papich was and is declared by Watts to be in default under the Subcontract, Arch must either promptly remedy the default or pay to Watts the reasonable cost of completing Papich's obligations under the Subcontract, less the remaining Subcontract price.

14.     Between 2015 and 2019, Papich completed some of its work on the Project.  The United States of America paid for this work, and Watts then paid Papich as required by the Subcontract.

15.     In the Spring of 2019, Watts requested that Papich perform necessary work on the Project, including paving for the Project.  Watts requested this work be started by April 10, 2019.

16.     On April 1, 2019, Papich responded to this request by demanding a payment of $285,750 prior to conducting any further work under the Subcontract.

17.     Watts requested that Papich provide documentation justifying any additional costs as required by the Subcontract, as well as fulfill the requirements under the Subcontract for additional payment.  Papich failed or refused to provide the information or follow the procedures required under the Contract and Subcontract.

18.     On April 6, 2019, and pursuant to Section 14 of the Subcontract, Watts sent a notice to cure to Papich.  The notice stated that, if Papich failed to "commit in writing, by close of business 9 April 2019, to providing resources necessary to meet Papich's contract requirements," Watts would pursue all contractually available remedies, including terminating Papich and making Papich liable for the cost of completing its work pursuant to Subcontract section 14.1.3.

19.     On April 9, 2019, Papich responded in writing, refusing to complete the requested work without additional signed change orders.  Thereafter, Papich personnel never attempted to complete its work under the Subcontract.

Page 3

20.     On May 7, 2019, pursuant to the Subcontract, Watts terminated Papich for default.  Watts sent notice of this default, together with all necessary information, to Arch.

21.     Watts then completed Papich's work.  Less the remaining balance on Papich's Subcontract, Papich and Arch are liable to Watts for $838,233.65, plus attorneys' fees and interest.

## FIRST CAUSE OF ACTION

(Recovery on Performance Bond – Against All Defendants)

22.     Plaintiff hereby incorporates by reference all previous paragraphs as if fully set forth herein.

23.     On February 18, 2015, Arch issued a performance bond (Bond No. SU113170) in the penal sum of $2,898,865.55 ("Bond").  The Bond guarantees Papich's performance of its obligations under the Subcontract, and is, by its terms, made to inure to the benefit of Watts and to give Watts a right of action to recover on the Bond.

24.     By issuing the Bond, Arch obligated itself, after reasonable notice, to either promptly remedy any default, arrange for performance under the Subcontract, or pay Watts the reasonable cost of completing performance of the Subcontract less any remaining balance on the Subcontract.

25.     Papich breached the Subcontract as alleged above, failed to perform its obligations under the Subcontract, defaulted on the Subcontract, and Watts declared that Papich was in default on the Subcontract. Watts gave Arch reasonable notice of this default.

26.     The total reasonable cost of performance of Papich's remaining Subcontract obligations less Papich's remaining contract balance was no less than $838,233.65, plus attorneys' fees and interest.

27.     Under the terms of the Bond, Arch is obligated to pay the amount above.

28.     Plaintiff has satisfied all conditions necessary to assert a claim against the Bond, except those conditions that were excused, and has made demand upon Arch for payment under the Bond.  Arch has failed and refuses to pay said sum or any part thereof.

Page 4

WHEREFORE, Plaintiff prays for relief as set forth below.

**PRAYER**

**FIRST CAUSE OF ACTION**

**RECOVERY ON PERFORMANCE BOND**

1. For judgment against Defendants according to proof in an amount no less than $838,233.65;

2. For costs of suit incurred herein and prejudgment interest;

3. For attorneys' fees as allowed by statute and contract; and,

4. For such other and further relief that the court may deem just and proper.

Dated:  September 29, 2020    ROGERS JOSEPH O'DONNELL

By: _____
    AARON A. SILBERMAN
    RICHARD HARRIS

    Attorneys for Plaintiff
    WATTS CONSTRUCTORS LLC

Complaint on Performance Bond, Case No.

517119.2

# EXHIBIT A

| STATEMENT AND ACKNOWLEDGMENT | OMB No.: **9000-0014**<br>Expires:  01/31/2008 |
|---|---|

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat, (VIR), Regulatory and Federal Assistance Division, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014),  Washington, DC 20503.

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO.<br><br>W91238-14-C-0040 | 2. DATE SUBCONTRACT AWARDED<br><br>10\|27\|2014 | 3. SUBCONTRACT NUMBER<br><br>Z119100.003 | | |
|---|---|---|---|---|

| 4. PRIME CONTRACTOR | | 5. SUBCONTRACTOR | | |
|---|---|---|---|---|
| a. NAME<br>Watts Constructors, LLC | | a. NAME<br>Papich Construction Co., Inc. | | |
| b. STREET ADDRESS<br>925 Lakeville Street #407 | | b. STREET ADDRESS<br>800 Farrell Road | | |
| c. CITY<br>Petaluma | d. STATE  e. ZIP CODE<br>CA    94952 | c. CITY<br>Grover Beach | d. STATE<br>CA | e. ZIP CODE<br>93433 |

6. The prime contract  [X]  does,  [ ]  does not contain the clause entitled "Contract Work Hours and Safety Standards Act -- Overtime Compensation."

7. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on the date shown in Item 2 to the subcontractor identified in item 5 by the following firm:

a. NAME OF AWARDING FIRM

Watts Constructors, LLC

b. DESCRIPTION OF WORK BY SUBCONTRACTOR

Earthwork, Base, Paving, Under-Base Improvements, Striping, Signage, Parking Bumpers, Silt Fence installation, and Construction fences

| 8. PROJECT<br>Satellite Communications Earth Terminal Station Facility | 9. LOCATION<br>Camp Roberts, CA | |
|---|---|---|
| 10a. NAME  OF PERSON SIGNING<br>Jeff Pruett | 11. BY (Signature) | 12. DATE SIGNED<br><br>3-3-15 |
| 10b. TITLE OF PERSON SIGNING<br>CONSTRUCTION MANAGER | | |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

13. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety
   Standards Act - Overtime
   Compensation - (If included in prime contract see Block 6)
Payrolls and Basic Records
Withholding of Funds
Disputes Concerning Labor Standards
Compliance with Davis-Bacon and Related Act Regulations

Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Act Requirements
Subcontracts (Labor Standards)
Contract Termination - Debarment
Certification of Eligibility

### 14. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| A | | C | |
|---|---|---|---|
| B | | D | |

| 15a. NAME  OF PERSON SIGNING<br>Jason Papich | 16. BY (Signature) | 17. DATE SIGNED<br><br>2/16/15 |
|---|---|---|
| 15b. TITLE OF PERSON SIGNING<br>President | | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1413** (REV. 7/2005)
Prescribed by GSA/FAR (48 CFR) 53.222(e)



FEDERAL SUBCONTRACT AGREEMENT
Subcontract No. Z119100.003
PAPICH CONSTRUCTION CO., INC.

This agreement is made this 27TH of October, 2014 between **WATTS CONSTRUCTORS, LLC** (Contractor) and **PAPICH CONSTRUCTION CO., INC.** (Subcontractor).

On or about the 3rd day of September 2014 Contractor entered into prime contract with **Sacramento District, Army Corps of Engineers** to perform the following work:

**Contract No: W91238-14-C-0040**
**Satellite Communication Earth Terminal Station Facility**
**Camp Roberts, California**

SECTION 1. ENTIRE CONTRACT

This Agreement and the phrase "Contract Documents" are defined to mean this entire agreement, all Attachments identified in Section 26 herein, and the terms and conditions, plans, specifications, and other contract documents attached to or incorporated into the prime contract as identified above. Subcontractor certifies that it is fully familiar with all of the Contract Documents, the location of the job site, and the conditions under which the work is to be performed and that it enters into this Agreement based upon its investigation of all such matters and is not relying on any opinions or representations of Contractor or Owner. This agreement, with the referenced "Contract Documents," represents the entire agreement between Contractor and Subcontractor, and supersedes any prior oral or written agreements or representations. The Contract Documents are incorporated into this Agreement by reference, and insofar as they relate in any way, directly or indirectly, to the work covered by this Agreement. Subcontractor agrees to be bound to Contractor in the same manner and to the same extent as Contractor is bound to Owner under the Contract Documents. Where, in the Contract Documents, reference is made to Contractor and the work or specifications therein pertain to Subcontractor's trade, craft or type of work that is encompassed by the scope of work under this Agreement, such work or specifications shall be interpreted to apply to Subcontractor instead of to Contractor.

SECTION 2. SCOPE

Subcontractor agrees to furnish all labor, materials, equipment and other facilities required to perform the scope of work for the project in accordance with the Contract Documents and as more particularly specified in Attachment "A".

Performance by the Subcontractor shall be required to the extent reasonably inferable from the Subcontract Documents as being necessary to produce the intended results.

In the event of any dispute between Contractor and Subcontractor over the scope of Subcontractor's work under the Contract Documents, Subcontractor will not stop work but will prosecute the work diligently to completion, the dispute to be submitted for resolution in accordance with Section 17 below.

SECTION 3. CONTRACT PRICE

Contractor agrees to pay Subcontractor for the strict performance of its work the sum of Two Million, Eight Hundred Ninety Eight Thousand, Eight Hundred Sixty Five and 55/100 dollars **($2,898,865.55)**, **including bond**, subject to additions or deductions from changes in the work as may be directed in writing by Contractor, and to make payment in accordance with the Section 4, Payment Schedule.

SECTION 4. PAYMENT SCHEDULE

Contractor agrees to pay to Subcontractor in monthly progress payments of **One Hundred** percent **(100%)** of labor and materials which have been placed in position, with funds received by Contractor from Owner for work performed by Subcontractor as reflected in Contractor's applications for payment. Such monthly progress payments shall be made seven (7) days after receipt of payment from the Owner by Contractor. Final payment to Subcontractor shall be made seven (7) days after final payment for Subcontractor's scope of work has been received from Owner for Subcontractor's scope of work. Final Payment to Subcontractor requires that the entire work required by this subcontract has been fully completed in conformity with the Contract Documents and has been delivered to and accepted by Owner, Architect, and Contractor, with funds received by Contractor from Owner. Subcontractor agrees to furnish all documents required by Contractor for monthly and final payments which shall include (but not be limited by): payroll affidavits, receipts, vouchers, releases of claims for labor and material, QA/QC documents, daily progress reports. Subcontractor agrees to furnish same from its subcontractors, suppliers and/or materialmen performing work or furnishing materials under this

Subcontractor    Contractor

Agreement, all in a form satisfactory to Contractor, and it is agreed that no payment hereunder shall be made, except at Contractor's option, until and unless such documents have been furnished. Contractor, at its option, may make any payment due hereunder by check made payable jointly or directly to Subcontractor and/or its subcontractors, suppliers, and/or materialmen who have performed work or furnished materials under this Agreement. Any payment made hereunder prior to completion and acceptance of the work, as referred to above, shall not be construed as evidence of acceptance or acknowledgment of completion of any part of Subcontractor's work.

If Owner or other responsible party delays making payment to Contractor from which payment to Subcontractor is to be made, Contractor and its sureties shall have a reasonable time to make payment to Subcontractor. "Reasonable time" shall be determined according to the relevant circumstances, but in no event shall be less than the time Contractor, Contractor's sureties, and Subcontractor require to pursue to conclusion their legal remedies against Owner or other responsible party to obtain payment, including (but not limited to) mechanics' lien remedies.

If the Subcontractor asserts a claim which involves, in whole or in part, acts or omissions which are the responsibility of the Owner or another party, including but not limited to claims for failure to pay, an extension of time, delay damages, or extra work, Contractor will present the Subcontractor's claim to the Owner or other responsible party. The Subcontractor shall cooperate fully with the Contractor in all steps taken in connection with prosecuting such a claim and shall hold harmless and reimburse the Contractor for all expense, including legal expense, incurred by Contractor which arise out of Contractor's submission of Subcontractor's claim to Owner or other responsible party. Subcontractor shall be bound by any adjudication or award in any action or proceeding resolving such a claim.

The Contractor shall be allowed to deduct from any payments otherwise to be made to Subcontractor hereunder, any amounts to the extent necessary to protect the Owner or Contractor from loss because of: (i) defective or nonconforming Subcontractor's Work; (ii) failure of Subcontractor to pay sub-subcontractors or others; (iii) damage or Claims for which the Subcontractor is responsible and as to which Contractor has provided Subcontractor with prior written notice and a reasonable opportunity (not exceeding five (5) working days) to cure; (iv) an anticipated failure to complete the Subcontractor's Work within the Subcontract Time or Subcontract Sum; and/or (v) any amount due Contractor from Subcontractor under any other agreements between

the parties. When the condition justifying the deduction no longer exists, Contractor shall pay to Subcontractor any amount then due which has been previously deducted.

SECTION 5. TIME

Time is of the essence for this Agreement. Subcontractor shall provide Contractor with scheduling information in a form acceptable to Contractor for development of the project schedule. Contractor shall have the right at any time to modify, re-sequence, accelerate, extend or otherwise adjust the project schedule as the requirements of the project demand. Should such adjustments to the project schedule cause Subcontractor to incur additional costs, Subcontractor may be entitled to additional compensation as mutually agreed to by both parties. Notice of any compensable delay claim must be made within forty-eight (48) hours of the event which caused the delay. Failure to provide notice to Contractor of a compensable delaying event, will in the sole discretion of the Contractor, act to bar the Subcontractor's right to delay compensation. Subcontractor shall conform to Contractor's project schedule and all revisions or changes made thereto. Subcontractor shall prosecute its work in a prompt and diligent manner in accordance with Contractor's project schedule without delaying or hindering Contractor's work or the work of other contractors or subcontractors. Subcontractor shall coordinate the work covered by this Agreement with that of all other contractors, subcontractors, suppliers and/or materialmen and of the Contractor, in a manner that will facilitate the efficient completion of the entire work. In the event Subcontractor fails to maintain its part of the Contractor's schedule, it shall, without additional compensation, accelerate the work as Contractor may direct until Subcontractor's work is in accordance with such schedule. Contractor shall have complete control of the premises on which the work is to be performed and shall mutually agree upon the time and order in which various portions of the work shall be installed and the relative priority of the work of Subcontractor and other subcontractors, and in general, all other matters pertaining to the timely and orderly conduct of the work of Subcontractor on the premises.

No claims for additional compensation or damages for delays or acceleration, by other subcontractors or Owner, shall be recoverable from Contractor, provided, however, that in the event Contractor obtains additional compensation from Owner on account of such delays or acceleration, Subcontractor shall be entitled to such portion of the additional compensation so received by Contractor from Owner as is equitable under all of the circumstances. In the event that Contractor prosecutes a claim against

Subcontractor _____ Contractor _____

Owner for additional compensation for any delay, Subcontractor shall cooperate fully with Contractor in the prosecution thereof and shall pay costs and expenses incurred in connection therewith, including actual attorneys' fees, to the extent that said claim is made by Contractor at the request of Subcontractor.

Subcontractor shall prepare and obtain approval as required by the Contract Documents for all shop drawings, details, samples, and do all other things necessary and incidental to the prosecution of its work in conformance with Contractor's project schedule.

## SECTION 6. CHANGES IN THE WORK

Subcontractor shall make any and all changes in the work described in the Contract Documents and this Agreement as directed by Contractor in writing. Such change or written direction shall not invalidate this Agreement.

If necessary, the contract price stated in Section 3 and the time for Subcontractor's performance shall be adjusted by appropriate modifications mutually agreed upon before Subcontractor performs the changed work. Subcontractor shall supply Contractor with all documentation necessary to substantiate the amount of the addition to or deduction from the price or time. If Contractor and Subcontractor cannot agree on the amount of the addition or deletion, Subcontractor shall nonetheless timely perform the work as changed by Contractor's written direction. Once Subcontractor receives Contractor's written direction, Subcontractor is solely responsible for timely performance of the work as changed by the written direction.

Payment for changed work shall be made in accordance with Section 4.

Subcontractor shall not make any changes in the work described in Attachment A or in any way cause or allow that work to deviate from the Contract Documents without written direction from Contractor. If the Subcontractor considers a verbal direction to be a change to the contract, Subcontractor must give written notice to Contractor within ten (10) days of such verbal direction. If the Subcontractor considers a verbal direction from Contractor, Owner, or any third party to be a change to the contract, Subcontractor must give written notice to Contractor immediately, but no later than ten (10) days, of such verbal direction. Failure to provide the referenced notice shall constitute a bar to the recovery of any costs associated with the failure to provide the referenced notice.

If a dispute arises between Contractor and Subcontractor about whether particular work is a

change in the work described in Attachment A, Subcontractor shall timely perform the disputed work. If Subcontractor intends to submit a claim for the disputed work, it shall give prompt written notice to Contractor before proceeding with the work. In addition, Subcontractor shall submit its written claim for additional compensation for the work within ten (10) days after such work is performed in sufficient detail for Contractor to make an evaluation of the merits of the claim. Subcontractor's failure either to give the written notice before proceeding with the work or to submit the written claim within the ten (10) days constitutes an agreement by it that it will not be paid for the disputed work.

No change, alteration, or modification to or deviation from this Agreement, the Contract Documents, prime contract, plans, or specifications, whether made in the manner provided in this section or not, shall release or exonerate, in whole or in part, any bond or any surety on any bond given in connection with this Agreement, and no notice is required to be given to such surety of any such change, alteration, modification, or deviation.

"*Pricing of Requests for Equitable Adjustments and/or Claims.* In all cases where Subcontractor encounters a changed condition to the scope of work or schedule, Subcontractor must segregate and track all direct and indirect costs in its accounting system associated with such changed condition. Failure to segregate and track such costs shall act as a waiver of Subcontractor's entitlement to recover such costs, and shall bar the Subcontractor from recovering such costs from the Contractor."

## SECTION 7. DAMAGES CAUSED BY DELAYS

If Subcontractor should default in performance of the work described in Section 2 or should otherwise commit any act which causes delay to the prime contract completion date. Subcontractor shall be liable for all direct and indirect, costs, and/or expenses, liabilities and damages, including consequential damages and liquidated damages, sustained by Contractor, or for which Contractor may be liable to Owner or any other party because of Subcontractor's default.

## SECTION 8. BONDING OF SUBCONTRACTOR

Concurrently with the execution of this Agreement, Subcontractor shall, execute a labor and material bond and performance bond, in an amount equal to one hundred percent (100%) of the Contract Price. Said bonds shall be executed by a corporate surety acceptable to Contractor and shall be in a form satisfactory to Contractor. Contractor shall pay the premium on said bonds unless otherwise provided herein or in the Contract Documents.

Subcontractor        Contractor

## SECTION 9. CLAIMS AGAINST A MILLER ACT PAYMENT BOND

No contractor, subcontractor, materialmen, or supplier may legally assert a lien against a federal Owner. All claims for payment, not satisfied by Contractor, must follow the procedures set forth under either the State or Federal Miller Acts in order to assert a claim against a Contractor's payment bond. It is the obligation of the Subcontractor, and its subcontractors and suppliers, to meet all of the notice requirements and claim procedures as required under the respective Miller Acts.

It is understood and agreed that the full and faithful performance of this Agreement on the part of Subcontractor (including the payment of any obligations due from Subcontractor to Contractor, and any amounts due to labor or materialmen furnishing labor or material for said work) is a condition precedent to Subcontractor's right to receive payment for the work performed, and any monies paid by Contractor to Subcontractor under the terms of this Agreement shall be impressed with a trust in favor of labor and materialmen furnishing labor and material to Subcontractor on the work herein subcontracted.

## SECTION 10. PROVISIONS FOR INSPECTION

Subcontractor shall at all times furnish to Contractor and its representatives safe and ample facilities for inspecting materials at the site of construction, shops, factories or any place of business of Subcontractor and its subcontractors and materialmen where materials under this Agreement may be in course of preparation, process, manufacture or treatment. Subcontractor shall furnish to Contractor as often as required by Contractor, full reports of the progress of the work at any place where materials under this Agreement may be in the course of preparation or manufacture. Such reports shall show the progress of such preparation and manufacture in such details as may be required by Contractor, including, but not limited to, any plans drawings or diagrams in the course of preparation.

## SECTION 11. MATERIALS AND WORK FURNISHED BY OTHERS

In the event the scope of work includes installation of materials or equipment furnished by others or work to be performed in areas to be constructed or prepared by others, it shall be the responsibility of Subcontractor to examine, verify quantity, verify type, verify quality and condition, and accept, at the time of delivery or first access, the items so provided and thereupon handle, store, protect and install the items with such skill and are as to insure a satisfactory completion of the work. Subcontractor shall

immediately, and in no event more than forty-eight (48) hours after delivery, notify Contractor in writing of any discrepancy or deficiency in the quantity, type, quality or condition of such items. Failure to provide such timely written notice, use of such items or commencement of work by Subcontractor in such areas shall each be deemed to constitute acceptance thereof by Subcontractor. Loss or damage due to acts of Subcontractor shall be charged to the account of Subcontractor and deducted from monies otherwise due under this Agreement.

## SECTION 12. PROTECTION OF WORK

Subcontractor shall effectually secure and protect the work done hereunder and assume full responsibility for the condition thereof until final acceptance by Architect, Owner and Contractor. Subcontractor further agrees to provide such protection as is necessary to protect the work and the workmen of Contractor, Owner and other Subcontractors from its operations. Subcontractor shall be liable for any loss or damage to any work in place or to any equipment and materials on the job site caused by it or its agents, employees or guests.

## SECTION 13. LABOR RELATIONS

Subcontractor shall keep a representative at the job site during all times when Subcontractor's work is in progress, and such representative shall be authorized to represent and bind Subcontractor as to all phases of the work. Prior to commencement of the work, Subcontractor shall notify Contractor who Subcontractor's representative is to be, and in the event of any change of representative, Subcontractor shall notify Contractor who the new representative is to be prior to such change becoming effective.

Subcontractor shall comply with and agrees to be bound by all applicable federal, state and local laws and regulations, including, but not limited to, all provision of the Davis-Bacon Act, Fair Labor Standards Act, the Americans with Disabilities Act, the federal Family and Medical Leave Act. Upon request, Subcontractor shall submit certified payroll records to Contractor no later than five (5) working days after labor has been paid.

## SECTION 14. RECOURSE BY CONTRACTOR

14.1    Failure of Performance.

14.1.1  Right of Adequate Assurance. When reasonable grounds for insecurity arise with respect to Subcontractor's performance, Contractor may in writing demand adequate assurance of due performance, which may include, but not be limited by, an increased labor force, working overtime at no cost to

Subcontractor     Contractor

Contractor, and other appropriate remedies. Subcontractor's failure to provide within fifteen (15) days of the demand such assurance of due performance as is adequate under the circumstances of the particular case is a default under Section 14.1.2 of this Agreement.

14.1.2  Notice to Cure. If Subcontractor at any time refuses or neglects to supply enough properly skilled workers and proper materials, or fails to properly and diligently prosecute the work covered by this Agreement, or fails to make prompt payment to its workers, sub-subcontractors or suppliers, or becomes delinquent with respect to contributions or payments required to be made to any health and welfare, pension, vacation, apprenticeship or other employee benefit program or trust, or fails to provide adequate assurance pursuant to Section 14.1.1, or is otherwise guilty of a material breach of a provision of this Agreement, and fails within forty-eight (48) hours after receipt of written notice to commence and continue satisfactory correction of such default with diligence and promptness, then Contractor, without prejudice to any rights or remedies, shall have the right to any or all of the following remedies;

(a)  supply such number of workers and quantity of materials, equipment and other facilities as Contractor deems necessary for the completion of Subcontractor's work, or any part thereof which Subcontractor has failed to complete or perform, and charge the cost thereof to Subcontractor, who shall be liable for the payment of same including reasonable overhead, profit, and actual attorneys' fees incurred as a result of Subcontractor's failure of performance;

(b)  contract with one or more additional contractors to perform such part of Subcontractor's work as Contractor shall determine will provide the most expeditious completion of the total work and charge the cost thereof to Subcontractor; and

(c)  withhold payment of any monies due Subcontractor pending corrective action to the extent required by and to the satisfaction of Contractor.

In the event of an emergency affecting the safety of persons or property, Contractor may proceed as above without notice.

14.1.3  Termination for Default. If Subcontractor fails to commence and satisfactorily continue correction of a default within forty-eight (48) hours after receipt by Subcontractor of the notice issued under Section 14.1.2., then Contractor may terminate Subcontractor's right to perform under this Agreement. In the event of termination, Contractor may furnish materials and equipment, and/or employ such workers or subcontractors as Contractor deems necessary to maintain the orderly progress of the work.

In such case, Subcontractor shall be entitled to no further payment until the balance of Subcontractor's work has been completed. At that time, all of the costs incurred by Contractor in performing Subcontractor's work, including a markup of fifteen percent (15%) for overhead and profit on such expenses, plus actual attorneys' fees as provided above, shall be deducted from any monies due or to become due Subcontractor. Subcontractor shall be liable for the payment of any amount by which such expenses may exceed the unpaid balance of the Contract Price.

14.1.4  Termination for Convenience. Contractor may at any time and for any reason terminate Subcontractor's services and work at Contractor's convenience. A written Notice of Cancellation shall be served on Subcontractor's place of business. Upon receipt of such notice, Subcontractor shall, unless the notice directs otherwise, immediately discontinue the work and placing of orders for materials, facilities and supplies in connection with the performance of this Agreement, and shall, if requested, make every reasonable effort to procure cancellation of all existing orders or contracts upon terms satisfactory to Contractor or, at the option of Contractor, give Contractor the right to assume those obligations directly, including all benefits to be derived therefrom. Subcontractor shall thereafter do only such work as may be necessary to preserve and protect the work already in progress and to protect material and equipment on the job site or in transit thereto.

Upon such termination, Subcontractor shall be entitled to payment in accordance with Section 4 only as follows: (1) the actual cost of the work completed in conformity with this Agreement; plus, (2) such other costs actually incurred by Subcontractor as are permitted by the prime contract and approved

Subcontractor    |    Contractor

by Owner; plus (3) fifteen percent (15%) of the cost of the work referred to in item (1) above for overhead and profit. There shall be deducted from such sums as provided in this subparagraph the amount of any payments made to Subcontractor prior to the date of the termination of this Agreement. In no event shall payment due hereunder exceed the amount due for approved units of work or percentage of completion. Subcontractor shall not be entitled to any claim or claim of lien against Contractor or Owner for any additional compensation or damages in the event of such termination and payment.

14.1.5 Grounds for Withholding Payment. Contractor may withhold or, on account of subsequently discovered evidence, nullify the whole or part of any payment to the extent necessary to protect Contractor from loss, including costs and actual attorneys' fees, on account of (1) defective work not remedied; (2) claims filed or reasonable evidence indicating probable filing of claim; (3) failure of Subcontractor to make payments properly to its subcontractors or for material, labor or fringe benefits; (4) a reasonable doubt that this Agreement can be completed for the balance then unpaid; (5) damage to Contractor or another subcontractor; (6) penalties assessed against Contractor or Subcontractor for failure of Subcontractor to comply with state, federal or local laws and regulations; or (7) any other ground for withholding payment allowed by state or federal law, or as otherwise provided in this Agreement. When the above matters are rectified, such amounts as then due and owing shall be paid or credited to Subcontractor.

14.2    Bankruptcy.

14.2.1 Termination Absent Cure. Upon the appointment of a receiver for Subcontractor or upon Subcontractor making an assignment for the benefit of creditors, or if Subcontractor seeks protection under the Bankruptcy Code or commits any other act of insolvency, Contractor may, absent any applicable legal limitation, terminate this Agreement upon giving forty-eight (48) hours written notice, by certified mail, to Subcontractor, its trustee, and its surety, if any, unless Subcontractor, the surety, or the trustee:
(a) promptly cures all defaults;
(b) provides adequate assurance of future performance;
(c) compensates Contractor for actual pecuniary loss results from such defaults; and

(d) assumes the obligations of Subcontractor within the statutory time limits.

14.2.2 Interim Remedies. If Subcontractor is not performing in accordance with the schedule of work at the time of entering an order for relief, or at any subsequent time, Contractor, while awaiting the decision of Subcontractor or its trustee to reject or to accept this Agreement and provide adequate assurance of its ability to perform hereunder, may avail itself of such remedies under this Section as are reasonably necessary to maintain the schedule of work. Contractor may offset against any sums due or to become due Subcontractor all costs incurred in pursuing any of the remedies provided hereunder, including, but not limited to, reasonable overhead, profit and actual attorneys' fees incurred as a result of Subcontractor's non-performance.

Subcontractor shall be liable for the payment of any amount by which such expense may exceed the unpaid balance of the Contract Price.

SECTION 15. INDEMNIFICATION

15.1.1 Subcontractor's Performance. With the exception that this Section 15 shall in no event be construed to require indemnification by Subcontractor to a greater extent than permitted under the public policy of the state in which the project is located, Subcontractor shall indemnify and save harmless Owner and Contractor, including their officers, agents, employees, affiliates, parents and subsidiaries, and each of them, of and from any and all claims, demands, causes of action, damages, costs, expenses, actual attorneys fees, losses or liabilities, in law or in equity, of every kind and nature whatsoever ("Claims") arising out of or in connection with Subcontractor's operations to be performed under this Agreement for, but not limited to:

(a) Personal injury, including, but not limited to, bodily injury, emotional injury, sickness or disease, or death to persons, including, but not limited to, any employees or agents of Subcontractor, Owner, Contractor, or any other subcontractor and/or damage to property of anyone (including loss of use thereof), caused or alleged to be caused in whole or in part by any act or omission of Subcontractor or anyone directly or indirectly employed by Subcontractor or anyone for whose acts Subcontractor

Subcontractor    Contractor

may be liable regardless of whether such personal injury or damage is caused by a party indemnified hereunder.

(b) Penalties imposed on account of the violation of any law, order, citation, rule regulation, standard, ordinance or statute, caused by the action or inaction of Subcontractor.

(c) Infringement of any patent rights which may be brought against the Contractor or Owner arising out of Subcontractor's work.

(d) All reasonable and demonstrable direct and indirect costs incurred by Contractor arising from actions of Subcontractor outside the firm-fixed price scope of work under this agreement, and/or direct and indirect costs related to claims and liens (see Section 9 above) by Subcontractor and/or others for labor performed or materials used and/or furnished under this agreement, excluding consequential damages, resulting to Contractor or Owner from such claims or liens. "Direct and indirect costs" are those costs which are/were reasonably foreseeable at the time this agreement was executed.

(e) Subcontractor's failure to fulfill the covenants set forth in each subpart of Section 13, Labor Obligations.

(f) Failure of Subcontractor to comply with the provisions of Section 16.1, Casualty Insurance.

(g) Any violation or infraction by Subcontractor of any law, order, citation, rule, regulation, standard, ordinance or statute in any way relating to the occupational health or safety of employees, including, but not limited to, the use of Contractor's or others' equipment, hoists, elevators, or scaffolds (see Sections 16 and 20).

(h) Subcontractor's breach of this Agreement.

The indemnification provisions of (a) through (h) above shall extend to Claims occurring after this Agreement is terminated as well as while it is in force. Such indemnity provisions apply regardless of any active and/or passive negligent act or omission of Owner or Contractor or their agents or employees. Subcontractor, however, shall not be

obligated under this Agreement to indemnify Owner or Contractor for Claims arising from the sole negligence or willful misconduct of Owner or Contractor or their agents, employees or independent contractors who are directly responsible to Owner or Contractor, or for defects in design furnished by such persons.

15.1.2   Subcontractor shall:

(a) At Subcontractor's own cost, expense and risk, defend all Claims as defined in Section 15.1.1 that may be brought or instituted by third persons, including, but not limited to, governmental agencies or employees of Subcontractor, against Contractor or Owner or their agents or employees or any of them, through counsel acceptable to - both Subcontractor and Contractor.

(b) Pay and satisfy any judgment or decree that may be rendered against Contractor or Owner or their agents or employees, or any of them, arising out of any such Claim, and/or.

(c) Reimburse Contractor or Owner or their agents or employees for any and all legal expense incurred by any of them in connection herewith or in enforcing the indemnity granted in this Section 15.

15.2   Risk of Loss.

All work covered by this Agreement done at the site or in preparing or delivering materials or equipment, or any or all of them, to the site shall be at the risk of Subcontractor exclusively until the completed work is accepted by Contractor.

SECTION 16. INSURANCE

16.1   Subcontractor shall, at its expense, procure and maintain insurance on all of its operations, in companies acceptable to Contractor and as required by the prime contract, including the following coverage:

16.1.1   Workers' Compensation and Employer's Liability Insurance. Workers' Compensation insurance shall be provided as required by any applicable law or regulation. Employer's Liability insurance shall be provided in amounts not less than:

Subcontractor        Contractor

$1,000,000 each accident for bodily injury by accident

$1,000,000 policy limit for bodily injury by disease

$1,000,000 each employee for bodily injury by disease

A Waiver of Subrogation endorsement is required if allowed by the law of the State, Territory, or other location where the Project is located. Contractor, its officers, directors and employees, Owner, and any other interested parties as designated on the waiver of subrogation endorsement shall be named. If there is an exposure of injury to Subcontractor's employees under the U.S. Longshoreman and Harbor Workers' Compensation Act, the Jones Act or other laws, regulations or statutes applicable to maritime employees, coverage shall be included for such injuries or claims.

16.1.2  General Liability Insurance. Subcontractor shall carry Commercial General Liability insurance (Insurance Services Office [ISO] Form CG00 01 (12/07) or equivalent) covering all operations by or on behalf of Subcontractor providing insurance for bodily injury liability and property damage liability for the limits of liability indicated below and including but not limited to coverage for:

(1) premises and operations;
(2) products and completed operations;
(3) contractual liability;
(4) broad form property damage (including completed operations);
(5) explosion, collapse and underground hazards (including subsidence and any other earth movement)
(6) personal injury liability;
(7) Independent contractors.

The limits of liability shall be not less than the amounts required of Subcontractor under the Contract Documents, but in no event less than:

$1,000,000 each occurrence (combined single limit for bodily injury and property damage)

$1,000,000 for personal injury liability

$2,000,000 aggregate for products-completed operations

$2,000,000 general aggregate

Subcontractor shall continue this coverage until final payment to Subcontractor in connection with the Project.

The general aggregate limit shall apply separately to Subcontractor's work under this Contract. For Subcontracts in excess of $250,000 an additional $1,000,000 Excess Liability Insurance Policy shall be maintained over the General Liability coverage. Such Excess coverage shall, at a minimum, include the items set forth in 1-7 above. Higher limits of liability may be required for hazardous work. Any such requirement is set forth in Section 26, Special Provisions.

Contractor, its officers, directors and employees, Owner, and any other interested parties as designated by Contractor shall be named as additional insured under the Commercial General Liability Policy and such insurance afforded the additional insured shall apply as primary insurance. Any other insurance maintained by Contractor or Owner shall be excess insurance and not be called upon to contribute with this insurance.

Coverage for the Contractor, its officers, directors and employees and the Owner as additional insureds shall be provided by an endorsement providing coverage at least as broad as ISO Additional Insured Endorsement Form CG20 10 (07/04) and CG 20 37 (07/04) or similar form as approved in writing by Contractor. The duty to provide such additional insured coverage is independent of the defense and indemnity obligations set forth in Section 15, Indemnification.

Subcontractor shall ensure that their sub-subcontractors of every tier also carry insurance with the limits of liability specified above. Contractor may require written proof that the requisite insurance is being carried. Such written proof shall be furnished to Contractor within ten (10) days after such request has been made. Contractor may also require that the sub-subcontractor name Contractor and Owner as additional insured. Such naming shall be provided at no additional cost or expense to Contractor or Owner.

16.1.3  Claims Made/Self Insurance Provisions. Subcontractor shall not provide General Liability insurance under any Claims Made General Liability form without the express written consent of Contractor. Any self-insurance program providing coverage in excess of $25,000 per occurrence requires the express written consent of Contractor.

Subcontractor          Contractor

16.1.4 Automobile Liability Insurance. Subcontractor shall carry automobile liability insurance, including coverage for all owned, hired and non-owned automobiles. The limits of liability shall be not less than $1,000,000 combined single limit each accident for bodily injury and property damage.

16.1.5 Pollution Liability Insurance.
N/A:
Applicable only if the work involves invasive work or hazardous substances. If applicable, the Subcontractor shall provide Contractor's Pollution Liability Insurance in the minimum amount of $5,000,000 per occurrence. If the work includes asbestos abatement, Asbestos Liability must be included. If the work includes transportation, treatment, or disposal, such activities must be insured under this policy. This policy shall name Contractor, Owner and their officers, employees, representatives and agents as additional insureds with respect to operations performed by or on behalf of the Subcontractor in the performance of this Subcontract; and be deemed primary and non-contributory.

16.1.6 Certificates of insurance, as evidence of the insurance required by this Contract and including the required endorsement(s) shall be furnished by Subcontractor to Contractor. Certificates shall set forth deductible amounts in excess of $5,000 applicable to each policy and all exclusions or limitations not set forth in ISO Commercial General Liability Form CG 00 01. The Contractor may allow deductible provisions and/or self-insured retentions of up to $25,000 if Subcontractor is willing to post security, guaranteeing payment of losses and defense expenses for a period of two year after the project is completed. Standard ISO Form CG 00 01 exclusions will also be allowed. Allowance of any additional exclusions or coverage limiting endorsements is at the discretion of the Contractor.

Regardless of the consent to exclusions, coverage limitations or deductibles by the Contractor, the Subcontractor shall be responsible for any deductible amount or any loss arising out of coverage denials by his insurance carrier(s).

Subcontractor's certificates of insurance shall provide that there will be no cancellation or reduction of coverage without an unqualified, thirty (30) day, prior written notice to Contractor.

16.1.7 Contractor may take whatever actions are necessary to assure Subcontractor's compliance with its obligations under this section of the Agreement. Should any insurance policy lapse or be canceled during the period of this Agreement, the Subcontractor shall, prior to the effective expiration or cancellation date, furnish the Contractor with evidence of renewal or replacement of the policy. Failure to continuously satisfy the insurance requirements herein is a material breach of this Agreement. In the event Subcontractor fails to maintain any part of the insurance coverage required, Contractor may, but is not required to, maintain such coverage and charge the expense to Subcontractor or may pursue its remedies under Section 14, Recourse by Contractor.

16.1.8 Any acceptance of insurance certificates by Contractor shall in no way limit or relieve Subcontractor of its duties and responsibilities under this Contract including the duty to indemnify and hold harmless Contractor as set forth in Section 15, Indemnification. Insurance coverage in the minimum amounts set forth herein shall not be construed to relieve the Subcontractor for liability in excess of such coverage nor shall it preclude the Contractor from taking such other actions are available to it under any other provision of this Agreement or by law. If higher limits or other forms of insurance are required in the Contract Documents, Subcontractor will comply with such requirements.

16.2    Property Insurance

16.2.1 Waiver of Subrogation. Contractor and Subcontractor waive all rights against each other and against all other subcontractors and Owner for loss or damage to the extent reimbursed by any property or equipment insurance applicable to the work, except such rights as they may have to the proceeds of such insurance. If any applicable policies of insurance referred to in this Section require an endorsement or consent of the insurance company to provide for continued coverage where there is a waiver of subrogation, the Owners of such polices will cause them to be so endorsed or obtain such consent.

16.2.2 Builder's Risk.
N/A:
If such insurance is provided, it shall also apply to any of Owner's or Contractor's property in the care, custody or control of

Subcontractor | Contractor

, Subcontractor. In such event, Subcontractor shall be responsible for the first $5,000 of insurance policy deductible amount applicable to damage to Subcontractor's work and/or damage to other work caused by Subcontractor. In the event Owner is not required to purchase such Builder's Risk coverage, the extent of Builders Risk or other property insurance available to Subcontractor (if any) will be specified in Section 26, Special Provisions.

16.2.3 All-Risk Insurance.
N/A:
In addition Subcontractor shall maintain in full force and effect "All Risk Insurance" for all equipment and property obtained by or for Subcontractor which is to become a part of the Work while such equipment and property is stored at the jobsite, at temporary locations, or while in transit to the project from such temporary locations. Subcontractor shall also be responsible for insuring Subcontractor's owned, rented or borrowed equipment.

16.3    Non-Waiver. Receipt by Contractor of any certificate of insurance or additional insured endorsement which does not comply with any provisions of this Section 16 shall not act as a waiver to enforcement of any of these provisions at a later date in the performance of this Contract.

16.4    Insurance Requirement for Design Services:

N/A

If the scope of work identifies any design services (including survey requirements), the Subcontractor or lower tier Subcontractors, Suppliers or Sub-consultants shall, at their expense, obtain and maintain during the term of this agreement, Professional Liability Insurance in the amount of $1,000,000 per claim or $2,000,000 in the aggregate. The Contractor shall be named as an additional insured with respect to the coverage noted above. The Subcontractor will bear all costs associated with this insurance including payment of any deductible amounts applicable to any claim. A certificate of insurance for this Insurance Requirement shall be provided to Contractor prior to any payment due under this Subcontract.

SECTION    17.    DISPUTE    RESOLUTION
PROCEDURE

17.1    Preliminary Dispute Resolution Procedure and Agreement to Arbitrate.

17.1.1    Disputes under Prime Contract. Any dispute resolution procedure in the prime contract shall be deemed incorporated in this Agreement, and may apply to any disputes arising hereunder, except disputes not involving the acts, omissions or otherwise the responsibility of the Owner under the prime contract. Contractual right of a subcontractor to submit a claim to Owner is subject to the requirements of this article. Subject to compliance with all applicable laws, including but not limited to those relating to false claims, dispute and claim certifications, and cost and pricing data requirements, Contractor's sole obligation is to present any timely-filed claims by Subcontractor to Owner under such procedure and; subject to the other provisions of this Agreement, to pay to Subcontractor the proportionate part of any sums paid by the Owner to which Subcontractor is entitled. Subcontractors submitting a claim to the Owner must agree to indemnify the Contractor against all fees, costs, or other liability which may arise from the presentation of the subcontractor's claim to Owner. All such subcontractor claims shall be subject to appropriate due diligence reviews by contractor to ensure compliance with all federal and/or state rules/laws pertaining to the presentation of claims to a public Owner, including the legal theory of entitlement.

17.1.2    Settlement Negotiations. Promptly upon notification by the Subcontractor of a dispute, the Contractor and Subcontractor shall meet in attempts to informally resolve such dispute (Owners disputes excluded). In the event that no resolution is achieved, the parties, prior to the initiation of any action or proceeding under this section, shall make a good faith effort to resolve the dispute by negotiation between representatives with decision-making power, who, to the extent possible, shall not have had substantive involvement in the matters of the dispute, unless the parties otherwise agree. To facilitate the negotiation, the parties agree either to fashion a procedure themselves or seek the assistance of a person or organization experienced in alternative dispute resolution procedures such as mediation, mini-trial or other similar procedures.

17.2    Arbitration Procedures.

Subcontractor    Contractor

In the event the prime contract contains a disputes resolution provision or for disputes not involving the acts, omissions or otherwise the responsibility of the Owner under the prime contract, the following shall apply:

17.2.1   Notice of Demand. For claims not involving the acts, omissions or otherwise the responsibility of the Owner under the prime contract, the parties hereto agree that any and all claims, controversies, or disputes arising out of or relating to this contract/agreement, or the breach thereof, shall be fully and finally resolved by arbitration in accordance with the Arbitration Rules, Procedures, and Protocols of Dispute Prevention & Resolution, Inc., located in San Francisco, CA. In the event arbitration is invoked, the parties agree that one Arbitrator shall be appointed to hear and resolve the case. The parties further agree that the Award of the Arbitrator is binding upon the parties and that judgment on the Award rendered by the Arbitrator may be entered in any court of competent jurisdiction. The demand for arbitration shall be made within a reasonable time after written notice of the claim, dispute or other matter in question has been given, and in no event shall it be made after the date when institution of legal or equitable proceedings based on such claim dispute or other matter in question would be barred by the applicable statute of limitations. The prevailing party in the arbitration shall be entitled to recover its attorney's fees and costs. Venue for an arbitration proceeding shall be established by Contractor.

17.2.2   Arbitration, Venue; Choice of law: This agreement shall be governed by the laws of the state or territory in which this agreement is issued. Venue for disputes shall be in San Francisco, CA. In the event of any such arbitration, the prevailing party shall recover all costs incurred, including reasonable attorney fees.

17.2.3   Award. The award rendered by the Arbitrator shall be final and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction.

17.2.4   Work Continuation and Payment. Unless otherwise agreed in writing, Subcontractor shall carry on the work and maintain the schedule of work pending dispute resolution or arbitration, and, if so, Contractor shall continue to make payments in accordance with this Agreement.

17.2.5   Consolidated Arbitration Proceedings. To the extent not prohibited by their contracts with others, the claims and disputes of Owner, Contractor, Subcontractor and other subcontractors, suppliers and/or materialmen involving a common question of fact or law shall be heard by the same Arbitrator in a single proceeding. In this event, it shall be the responsibility of Subcontractor to prepare and present Contractor's case, to the extent the proceedings are related to Subcopntractors work with this Agreement. Should Contractor enter into arbitration with the Owner or others regarding matters relating to this Agreement, Subcontractor shall be bound by the result of the arbitration to the same degree as the Contractor.

SECTION 18. COMPLIANCE WITH ALL LAWS AND SAFETY PRACTICES

Subcontractor shall comply fully with all laws, orders, citations, rules, regulations, standards and statutes affecting or relating to this Agreement or its performance, including but not limited to those with respect to occupational health and safety, the handling and storage of hazardous materials, accident prevention, safety equipment and practices including the accident prevention and safety program of Owner and Contractor. Subcontractor shall conduct inspections to determine that safe working conditions and equipment exist and accepts sole responsibility for providing a safe place to work for its employees and for employees of its subcontractors and suppliers of material and equipment, for adequacy of and required use of all safety equipment and for full compliance with the aforesaid laws, orders, citations, rules, regulations, standards and statutes.

SECTION 19. WARRANTY

Subcontractor warrants to Owner and Contractor that all installed materials and equipment shall be new unless otherwise specified and that all work under this Agreement shall be performed in a good and workmanlike manner, shall be of good quality, free from faults and defects and in conformance with the Contract Documents. All work not conforming to these requirements, including substitutions not properly approved and authorized, may be considered defective. The warranty provided in this Section 19 shall be in addition to and not in limitation of any other warranty or remedy required by law or by the Contract Documents. All Federal Warranty Clauses incorporated by reference into this subcontract shall apply to this subcontract as in fully set forth. Material and workmanship warranty of one year per contract requirements.

Subcontractor          Contractor

## SECTION 20. USE OF CONTRACTOR'S EQUIPMENT

In the event Subcontractor shall use Contractor's equipment, materials, labor, supplies or facilities, Subcontractor shall reimburse Contractor at a predetermined rate, except as provided in Section 14.1.2 or as otherwise stated herein. Further, Subcontractor assumes all responsibility for physical damage to such equipment, materials, labor supplies, or facilities used by Subcontractor or its agents, employees, or permittees.    In the event that Contractor's employees are used by Subcontractor, Subcontractor shall have full responsibility for all acts or omissions of Contractor's employees with regard to Subcontractor's use or employment of them. Subcontractor accepts any and all of Contractor's equipment, materials, labor, supplies or facilities as furnished.

## SECTION 21. ASSIGNMENT OF CONTRACT

Subcontractor shall not, without written consent of Contractor, assign, transfer, or sublet any portion or part of the work required by this Agreement, nor assign any payment hereunder to others.

## SECTION 22. INDEPENDENT CONTRACTOR

Subcontractor is an independent contractor and shall, at its sole cost and expense, and without increase in the Contract Price, comply with all laws, rules, ordinances and regulations of all governing bodies having jurisdiction over the work; obtain all necessary permits and licenses therefore, pay all manufacturers' taxes, sales taxes, use taxes, processing taxes, and all federal and state taxes, insurance and contributions for social security and unemployment which are measured by wages, salaries, or other remunerations paid to Subcontractor's employees, whether levied under existing or subsequently enacted laws, rules or regulations. Subcontractor, upon request, shall furnish evidence satisfactory to Contractor that any or all of the foregoing obligations have been fulfilled.

## SECTION 23. CLEAN-UP

The Subcontractor shall, on an on-going basis or at the direction of the Contractor, keep the Project site and surrounding area free from accumulation of waste materials, debris or rubbish caused by performance of the Subcontractor's Work.  If such clean up is not properly or timely performed, the Contractor shall give Subcontractor's representative a written notice to comply within twenty-four (24) hours from the time notice is given. If Subcontractor fails to correct such noncompliance within said twenty-four (24) hours, the Contractor is authorized to perform the clean up and to assess Subcontractor a

reasonable charge.    Subcontractor also agrees to accept pro-rata responsibility for cleanup of unclean conditions which the Contractor is unable to identify to a particular subcontractor. The Subcontract Sum will be reduced for Contractor's cleanup costs.

## SECTION 24. ATTORNEYS' FEES

In the event the parties become involved in litigation or arbitration with each other arising out of this Agreement or other performance thereof in which the services of an attorney or other expert are reasonably required, the prevailing party shall be fully compensated for the cost of its participation in such proceedings, including the cost incurred for attorneys' fees and experts' fees. Unless judgment goes by default, the attorneys' fee award shall not be computed in accordance with any court schedule, but shall be such as to fully reimburse all attorneys' fees actually incurred in good faith, regardless of the size of a judgment, it being the intention of the parties to fully compensate for all attorneys' fees and experts' fees paid or incurred in good faith.  In the case of a dispute under the prime contract dispute resolution provisions, the parties shall be entitled to such attorneys' fees and other costs as may be provided for under the prime contract.

## SECTION 25. LABOR AGREEMENTS

The Contractor is signatory to the following labor agreements covering work on this project:
N/A

## SECTION 26. SPECIAL PROVISIONS:

**Attachment "A" – Scope of Work & Additional Conditions**
**Attachment "B" – Subcontractor Safety Requirements**
**Attachment "C" – Compliance**
**Attachment "D" – Small Business Representations**
**Attachment "E" – EEO Certificate of Compliance**
**Attachment "F" – N/A for this project**
**Attachment "G" – Public Reporting of Financial Information**

## SECTION 27. NONDISCRIMINATION

Subcontractor agrees to not discriminate against employees, applicants for employment, or members of the public on the basis of the fact or perception of a person's membership in the following categories: Race, color, creed, religion, national origin, ancestry, age, sex, sexual orientation, gender identity (transgender status), domestic partner status, marital status, disability, AIDS/HIV status.

Subcontractor          Contractor

Dated: _3-3-15_

CONTRACTOR
**WATTS CONSTRUCTORS, LLC**

By: _____

Jeff Pruett
Construction Manager

Address: 925 Lakeville Street #407
Petaluma, CA 94952

Ph: (510) 541-3618

Dated: _2/16/15_

SUBCONTRACTOR
**PAPICH CONSTRUCTION CO.,
INC.**

By: _____

Jason Papich
President

Address: 800 Farroll Road
Grover Brach, CA 93433

Ph: (805) 473-3016
Fax: (805) 481-5966
CA Contractor's
License Number: _767055    7/31/16_
(Contractor's License No. &
Expiration date – attach copy)

Fed Tax ID No. _90-0181200_
State ID No. _Corp # 2623828_
SIC/NAICS No. _____

NOTE: This document has important legal consequences. Consultation with an attorney prior to execution of this document is encouraged. Some
construction prime contracts may require the use of specialized provisions not included in this form.

Subcontract Agreement - Page 13 of 13
April 2011

Subcontractor    Contractor



**ATTACHMENT "A"**
SCOPE OF WORK & ADDITIONAL CONDITIONS
Z119100.PAPICH CONSTUCTION CO., INC.

**1. SCOPE OF WORK:**
The Subcontractor's work includes all labor; supervision; materials; equipment; supplies; tools; facilities; transportation; storage; receiving; licenses; certifications; overhead; profit; insurance; and other items required or reasonably inferable to properly and timely perform and complete all work and services to be performed by the Subcontractor pursuant to the Agreement.  Subcontractor's Work shall be performed in accordance with the following Drawings and Specification Section(s):

**DIVISION 31 - EARTHWORK**
31 00 00 EARTHWORK
31 05 19 GEOTEXTILE
31 11 00 CLEARING AND GRUBBING
31 32 11 SOIL SURFACE EROSION CONTROL (silt fence only)

**DIVISION 32 - EXTERIOR IMPROVEMENTS**
32 11 16 BASE COURSE FOR RIGID AND SUBBASES FOR FLEXIBLE PAVING
32 11 23 AGGREGATE BASE COURSE
32 12 10 BITUMINOUS TACK COATS
32 12 17 HOT MIX BITUMINOUS PAVEMENT
32 15 00 AGGREGATE SURFACE COURSE
32 17 24 PAVEMENT MARKINGS

Subcontractor's Work shall be completed in compliance with the standards described in the Prime Contract and in the Drawings, Specifications and other Subcontract Documents, or, if no such standards are specified, in compliance with industry standards.

***Subcontract Inclusions:*** The Subcontractor's work specifically includes, but is not limited to the following:

(i)  Earthwork
    a. Mobilization
    b. Develop Water Supply
    c. Clear and Grub
    d. Prep fill slope and drain install
    e. Slope groin protection
    f. Cut to fill
    g. Over excavation
    h. Import
    i. Rough grade roads and pads
    j. Finish grade around buildings – site areas
    k. Finish grade roads and parking areas

    l. Finish grade concrete area subgrade
    m. Sub Base Class II Base under asphalt
    n. Pave
    o. Stripe, signage and parking bumpers
    p. Fine grade under pavers and loading dock
    q. Base under pavers
    r. Base under loading dock approach concrete paving
    s. Base at met site
    t. Silt fence installed at Boundary of each site
    u. T-1 Gravel construction entrances and implementation of any means required by regulatory agency to prevent tracking for Papich scope.

***Subcontract Exclusions:*** The Subcontractor's Work specifically excludes the following:

(i)  Specific Exclusions
    a. Soils testing and related geotechnical work
    b. QC Testing
    c. Asphalt pricing based on liquid A/C at $550.00 per ton. Any amount in Excess of $550.00 ton will be reimbursable.
    d. Paving based on one move in to complete
    e. No smoothness correction or repairs to asphalt damaged by others
    f. Portable bathrooms by GC
    g. Control Survey (Papich has incidental survey for their work)
    h. SWPPP Plan, implementation and maintenance
    i. Soil treatment at building pads
    j. No underground utility installation of relocation.
    k. At SATCOM site, class 2 base sections under pavers and loading dock PCC included, +/- .10 tolerance.  No sand or other aggregate included under these or other improvements
    l. Water supply maximum 100,000 gallons per day and located per contract. Hauling of water by Papich

Subcontractor        Contractor

m. Dust control for Papich work only, no dust control for hours outside normal work day

n. At locations of walls, temp slopes as per sheet S-516 will be left for block contractor to construct and backfill wall. No backfill, waterproofing or other associated work with walls or footings.

o. Met road, Command road Rep Utilities road figured per 4/C-509 and 5/C-509

p. Soil treatment at building pads excluded

q. Topsoil figured as being utilized onsite.

r. Over excavation for SATCOM per plans, over excavation for UPS, Command Admin, Repairs & Utilities figured at three feet below the capillary barrier. From the FF building elevation, the capillary barrier is located directly below the concrete slab and gravel/sand section.

s. All onsite soils figured as non-expansive, no export of unsuitable material. Per email clarification dated October 12, 2014 with Jason -- the project required cut fill and these clay soils will be used as fill, the site requires import and if non expansive is required under building pads for a certain depth we will import non expansive since the site requires a large amount of import fill to balance.

t. To offset import quantities areas can be left low to receive spoils from footings and other excavations. If not instructed to leave low export of soils by others

u. No tier requirement limitations for equipment figured. Papich construction fleet is compliant with the California emissions standards of 2014. Equipment to be a composition of differing tier level equipment

v. Vapor barrier, rock or select material back fill against walls, footings or structures

w. Drains include keyway and bench drains only

x. Mobilizations are figured at one move in for earthwork/rough grade, one move in for finish grade around buildings and for concrete improvements, one move in for finish grade of roadways, base and pave.

y. Sales tax based on current rate included.

z. No reinforced soil stabilization

aa. Fuel rate> Red fuel under $4.00 gallon including tax.

bb. Bond cost is 1% plus 15%

cc. Wage scale per addendum #7.

dd. Slope benching constructed per detail 4 on sheet C-512. Benching is intended to follow existing contours and deep benching greater than the dimensions shown in detail 4 of C-512 is excluded.

ee. Material deliveries are figured per sheet G-101 on East Perimeter Road.

## 2.  RELATED WORK:

Subcontractor shall carefully inspect any work performed by others that is to precede, receive, align, abut, or otherwise relate to the Subcontractor's Work, and shall immediately notify contractor in writing of any apparent defects or inconsistencies. The Subcontractor is responsible for coordinating and verifying the dimensions, measurements and elevations at the Project site relevant to Subcontractor's Work. If Subcontractor commences the Subcontractor's Work without such written notice, such commencement shall constitute acceptance of all such work performed by others and of all such field conditions, and all costs incurred in connection with Subcontractor's Work as a result thereof shall be borne by Subcontractor.

## 3.  SCHEDULE:

a.  **Mobilization:**  Subcontractor shall commence work on the date fixed by a verbal or written notice provided by the Contractor.

b.  **Commencement Condition:** Failure to provide the items listed herein will be grounds for the Contractor to prohibit the Subcontractor from commencing or continuing the Subcontractor's Work. Any delays resulting from any such prohibition shall be borne by the Subcontractor and the Subcontract time shall not be extended and the Subcontract Sum shall not be adjusted on account of such delays.

Subcontractor          Contractor

(i)   Executed Subcontract Agreement
(ii)  Insurance Certificates
(iii) Bond
(iv)  Safety Documents
(v)   Submittals

**c.  Schedule:**  The Subcontractor shall meet with the contractor to develop a schedule with logic and durations to incorporate into the contractors overall schedule. Schedule will not have concurrent work activities that may impact subcontractors ability to perform. Subcontractor shall then meet or better the durations in the Contractor's Schedule and conform to the Project Superintendent's interval schedules.  Interval schedules shall be used only to coordinate the work in the field and not to modify the Subcontractor's schedule obligations.  The Schedule will be updated periodically to reflect actual job progress. The Subcontractor shall provide sufficient crews, materials and equipment to maintain or improve upon the Contractor's Schedule.

**d.  Clarification Delays:**  Subcontractor request(s) for information do not justify time extensions. Subcontractor shall plan ahead and ask necessary clarifications in writing prior to the start of Subcontractor's work or identification of scope requiring clarification in order to avoid delays to the established durations(s).

**e.  Workweek:** Subcontractor shall comply with the Contractor's standard project workweek as designated by the Contractor's Project Superintendent.  The Subcontractor shall work on Saturdays as make-up days at no additional expense to the Contractor in the event that it is necessary to achieve schedule requirements, due to subcontractor's default in meeting their scheduled logic and durations.  Subcontractor shall provide Contractor written notice in advance of request to work on the weekend.

**f.  Project Completion:**  Overall Project completion date is June 30, 2016.

**4.  CONTRACT ADMINISTRATION:**

**a.  Submittals:**  The Subcontractor shall promptly submit shop drawings, product data, samples, tests, design and performance data, operating and/or maintenance manuals, and similar submittals as required by the Contract Documents or as requested by the Contractor and in such sequence as to cause no delay in the Project or in the activities of the Contractor or its other Subcontractors.  The Subcontractor shall not be relieved of responsibility for deviations from requirements of the Contract Documents by the Contractor's review and/or approval of shop drawings, product data, samples or similar submittals unless the Subcontractor has specifically informed the Contractor in writing of such deviation at the time of submittal and the Contractor has given written approval to the specific deviation. The Subcontractor shall not be relieved of responsibility for errors or omissions in shop drawings, product data, samples or similar submittals by the Contractor's review and/or approval thereof.   The Subcontractor is solely responsible for checking the submittals for conformance to the Subcontract Document.

The Subcontractor shall submit Six (6) copies of submittal data no later than January 15, 2015 or as required with contract review time as not to cause delay to scheduled activity.  Submittals required include:

**DIVISION 31 - EARTHWORK**
31 00 00 EARTHWORK
SD-01 Preconstruction Submittals
SD-03 Product Data
Utilization of Excavated Materials 3.9 G
Opening of Excavations 3.4
Shoulder Construction 3.15
SD-06 Test Reports
Borrow Site Testing 2.1 G
Expansive Soils 2.2 G
SD-07 Certificates

31 05 19 GEOTEXTILE

SD-03 Product Data
Thread 2.1.2
Manufacturing Quality Control 2.2
Sampling and Testing
SD-04 Samples
Quality Assurance Samples and 3.1 Tests
SD-07 Certificates
Geotextile 2.1.1 G

31 11 00 CLEARING AND GRUBBING

31 32 11 SOIL SURFACE EROSION CONTROL

SD-02 Product Data for silt fence material

32 11 16 BASE COURSE FOR RIGID AND SUBBASES FOR FLEXIBLE PAVING

SD-03 Product Data

Subcontractor ___ Contractor

Equipment 1.4
Waybills and Delivery Tickets 1.7
SD-06 Test Reports

32 11 23 AGGREGATE BASE COURSE

SD-03 Product Data
Plant, Equipment, and Tools 1.4
Waybills and Delivery Tickets 1.7

32 12 10 BITUMINOUS TACK COATS

SD-03 Product Data
Waybills and Delivery Tickets 1.6

32 12 17 HOT MIX BITUMINOUS PAVEMENT

SD-05 Design Data
Job-mix formula 1.4.3 G
ASPHALT CEMENT BINDER 2.2
MIX DESIGN 2.3
SD-06 Test Reports
Specific gravity test of asphalt 2.4.1
Coarse aggregate tests 2.4.1
Percent of crushed pieces in 2.4.1
gravel
Fine aggregate tests 2.4.1
Specific gravity of mineral filler 2.4.1
Bituminous mixture tests 2.4.1
Aggregates tests 3.5.2.1
Bituminous mix tests 3.5.2.2
Pavement courses 3.5.2.3

32 15 00 AGGREGATE SURFACE COURSE

SD-03 Product Data
Equipment 1.3.5
Waybills and Delivery Tickets 1.4

32 17 24 PAVEMENT MARKINGS

SD-03 Product Data
Equipment 1.2
Composition Requirements 2.2.1
Qualifications 1.4.1
SD-07 Certificates
Volatile Organic Compound 2.2.3
(VOC)

Variations to contract requirements require Government approval per FAR 52.236-21. The approval process changes the status of the submittal to a G, and adds an additional 10 working days to the governments review period. To mitigate schedule impact, the subcontractor shall submit any variations to the contract early as a Request for Information (RFI). If the RFI is approved the variation shall be clearly noted in the submittal. The RFI approval response shall be incorporated as backup to the variation.

**Specification References:** Subcontractor shall produce any reference incorporated into the subcontractor's scope of work at the request of Contractors field representative.

**b. *Insurance Requirements:*** Prior to commencing the Subcontractor's work but in any event within five (5) working days after the receipt of the Agreement by Subcontractor, the Subcontractor shall furnish certificates to the Contractor evidencing insurance with conditions and with coverage limits not less than those specified in Section 16 of the subcontract agreement. The subcontract agreement obligates you (and any lower tier subcontractors with whom you contract) to secure and maintain, throughout the duration of your performance under the subcontract agreement, specific types and limits of insurance. The insurance requirements are outlined in Section 16, Insurance, of your subcontract agreement.

Subcontractor must secure and furnish Contractor and the Owner a Certificate of Insurance as evidence that the policies and liability limits listed have been issued to you. Contractor and the Owner are to be named as Certificate Holders, and also to be named as an additional insured of the listed policies (must be listed on a separate endorsement. ISO Form CG 2010, or its equivalent is required). A Waiver of Subrogation endorsement is required on Workers Compensation coverage (an attached endorsement is required).
Please provide a copy of this Attachment and Section 16 of your Subcontract Agreement, to your insurance carrier to ensure all Additional Insured's are properly listed.

**Certificate Holders and Additional Insured's:**

Watts Constructors, LLC
925 Lakeville Street #407
Petaluma, CA 94952

Department of the Army
Sacramento District
US Army Corps of Engineers
1325 J Street
Sacramento, CA 95814-2922

**Additional Insured:**

N/A

Subcontractor | Contractor

The Description of Operations/Locations Block on the Insurance Certificate should be filled in to read: "for the Prime Contract No. **W91238-14-C-0040** for the construction of **Satellite Communication Earth Terminal Station Facility, Camp Roberts, CA**

The following language must be included on all Certificates of Insurance:

Should any of the above described policies be canceled before the expiration date thereof, the issuing company will mail 30 days written notice to the certificate holder named herein.

Any exculpatory language in the expiration/cancellation clause such as, "but failure to mail such notice shall impose no obligation or liability of any kind upon the company, its Agents or representatives" is unacceptable, as is less notification time than 30 days. You (and any lower tier subcontractors with whom you contract) may not start work at the jobsite until the Certificate is received and approved.

**c.   Schedule of Values:**  The Subcontractor shall provide a "Schedule of Values" and/or cost loading schedule, acceptable to the Contractor.   The Schedule of Values shall allocate the entire Subcontract Sum among the various portions of the Subcontractor's Work and shall be prepared in such detail and form and supported by such data to substantiate its accuracy as the Contractor may require.

**d.   Progress Billings:**   Contractor's prompt payment of Subcontractor's progress billings are dependent on your timely submission of the various documents, reporting and record keeping requirements as follows:

(i)   Subcontractor Payment Worksheet
(ii)   Subcontractor Invoice & Supporting Documentation
(iii)   Conditional Lien Release
(iv)   Supplier Lien Release(s)
(v)   Current Union Clearance(s)
(vi)   Current State and Federal Tax Clearance
(vii)   Certificate of Insurance (ensure that the policy is in force and not expired)
(viii)   Certified Payroll (received in a timely manner – see Item d below)
(ix)   Safety Requirements are met
(x)   Attendance of Weekly Safety Meeting(s)
(xi)   Subcontractor Daily Report(s)

**e.   Certified Payroll:**  All employees working on federal government projects or federally funded projects must be paid wages and fringes not less than those specifically prescribed in the prime contract.   Verification of payment of proper wage rates is required by your preparation, certification, and submission of weekly payroll reports.   These weekly payroll reports must be certified, that is, the individual in your firm responsible for payroll administration must certify, by signature on Form DD 879, Statement of Compliance, that the data contained in the payroll report are true and correct.  After you have commenced work, but before completion of subcontract work, if for any week no work is performed, you will, nonetheless, be required to complete a certified payroll report indicating "no work performed." Like other payroll reports, the "no work" payroll must also be certified.

While you may utilize your own payroll report form, the information supplied in each report must be complete and in strict accordance with the prime contract (or with the federal instructions).  Original and two copies of each week's payroll reports must reach our regional office which issued this subcontract no later than five (5) working days after the completion of your weekly payroll period to enable us to review your payroll reports as required by the prime contract, and to enable submission to the Owner within one week from the completion of your payroll reporting period.

Insurance and Certified Payroll provisions mentioned above likewise apply to second and lower tier subcontractors.

**f.   Subcontractor Daily Report(s):**   The Subcontractor shall submit Subcontractor Daily Report(s) in the format prescribed in the prime contract, or as required by Contractor, no later than 9:00 am the following workday.

**g.   Closeout:**  The Subcontractor shall submit the following closeout documents and materials upon completion of Subcontractor's Work in accordance with the contract documents:

(i) Operation and maintenance manuals
(ii) As built drawings

**h.   Punch List Work:**   In addition to retainage, Contractor may withhold at least equal the value

Subcontractor          Contractor

(as determined by Contractor) of punch list work on final pay application until the specified work is completed.

i.  **Subcontractor QC Requirements:**
Provide a Subcontractor QC Manager at the work site who shall insure all work being performed meets the design intent and is per plans and specs. The subcontractors QC representative can perform other duties. Contractor's QC Manager is responsible for managing the documentation performed by the QC Specialists, testing laboratory personnel and any other inspection and testing personnel required by this Contract.

**5.  PROJECT SITE:**

a.  **Temporary Water:** Temporary water service for use by Subcontractor in locations designated by contract documents (note 3 sheet G-101). Subcontractor shall take all water service required for the operations of Subcontractor from this source. 100,000 gallon maximum daily amount. Papich requires the use of the entire daily allowance for the earthwork operations and incidental water usage and excluded any additional sources of water.

b.  **Temporary Lighting:** If required Subcontractor will provide task lighting as required to complete their work.

c.  **Parking:** The parking of either company or Personal Owned Vehicles on site will be limited to those vehicles allowed by the prime contract. All other vehicles will be required to park in other areas as designated by the Project Superintendent. It is the responsibility of the Subcontractor to enforce compliance to these parking regulations with their employees. Violators of this policy will be towed at the Owner's expense.

**6.  SPECIAL CONDITIONS:**
N/A

-  END OF ATTACHMENT -

Attachment A - Page 6 of 6
March 2011



Subcontractor     Contractor

**WATTS**
CONSTRUCTORS

**ATTACHMENT "B"**
SUBCONTRACTOR SAFETY REQUIREMENTS

**PURPOSE:**
The enclosed packet is provided for your use and information. Several sections will require company designation of a site safety representative to oversee operations and record inspections as well as the submittal of safety documentation **PRIOR** to commencing work. It is the intent of this packet to *assist* our subcontractors to meet and comply with the rules and regulations that *will* be enforced on this project.

**REGULATIONS:**
It is essential that the site safety representative on site, at a minimum, be familiar with all applicable Federal-OSHA regulations (29 CFR 1926/1910); State approved OSHA program Standards; ANSI ; NEC; NFPA and other recognized industry standards; Corps of Engineers Safety and Health Manual Requirements (EM 385-1-1 (15 Sept 08) and Project Specifications); Weitz Corporate Safety Policy and Procedures Manual and Project Safety Workbook; Watts Constructors' site specific Accident Prevention Plan or Safety and Health Plan, Watts Constructors' Safety Policies and Procedures, as well as the Safety Provision Section of your subcontract.

**1.  SITE SAFETY REPRESENTATIVE/COMPETENT PERSON RESPONSIBILTIES:**
A competent person is an individual *qualified* by training or experience, _and_ who has *authority* to take prompt corrective action. Each subcontractor is responsible to appoint a competent person to be *present* at the work site to implement and administrate his or her safety and health program.

At minimum, the competent person shall:
1. Conduct periodic meetings with employees on general health and safety training;
2. Specific site oriented instructions;
3. Conduct periodic worksite inspections;
4. Report safety violations and implement corrective actions;
5. Issue warnings to employees for violations and recommend discharge if warranted;
6. Maintain safety records required by the program and regulations; and
7. Maintain communication with the Project Site Safety and Health Officer (SSHO) and the competent persons designated by other employers on the worksite.

**2.  DOCUMENT SUBMITTAL REQUIREMENTS:**
Unless otherwise directed by project staff, submit one copy of the below documents to the Project SSHO **PRIOR** to start of work on site. Please use the documents/forms provided by Contractor. Additional documents may be required based on the nature and scope of work.

- **SAFETY & HEALTH PROGRAM** (29 CFR 1926.20; 29 CFR 1926.21) *(all projects except in California)*
- **INJURY & ILLNESS PREVENTION PROGRAM** (IIPP) (Title 8 §1509/§3203) *(California projects only)*
- **CODE OF SAFE PRACTICES** (Title 8 §1509(b)) *(California projects only)*
- **HAZARD COMMUNICATION PROGRAM** (29 CFR 1910.1200 (e))
- **MATERIAL SAFETY DATA SHEETS** (29 CFR 1910.1200 (b)(4)(ii)) (Must be specific to the project, and include MSDS Inventory Sheet provided by Contractor)
- **GENERAL INFORMATION SHEET** (Provided by Contractor)
- **ACTIVITY HAZARD ANALYSIS (AHA)** (must be completed for each major phase of work, on form provided by Contractor)
- **CERTIFICATIONS FOR FIRST AID/CPR CERTIFIED PERSONNEL**
- **CERTIFICATIONS FOR CRANE OPERATOR(S)** (provide both physical card and certification)
- **CERTIFICATIONS FOR FORKLIFT OPERATOR(S)**
- **CERTIFICATIONS FOR POWDER ACTUATED TOOL OPERATOR(S)**
- **CERTIFICATIONS FOR LASER LEVEL OPERATOR(S)**
- **MECHANIZED EQUIPMENT CERTIFICATIONS** (Provided by Contractor)

**3.  SAFETY MEETINGS:**
All site workers are required to attend Contractor's safety meetings. Subcontractors must have a representative at Contractor's weekly meeting. If Subcontractor choose to conduct their own safety meetings (minimum of one per week) Subcontractor must provide corresponding documentation to Contractor. Workers should sign the attendance sheet to record training participation. Field crew and their foreman will perform a daily safety huddle to include a review of the AHA's and work being performed for the day. Upon request, copies of meeting minutes are available from Contractor's Project SSHO.

**4.  ACCIDENT REPORTING:**
All near misses, incidents and accidents involving personal injury or property damage are to be immediately reported verbally the day of occurrence and in writing to Contractor no later than 24 hours following the incident regardless of its severity. Check contract specification requirements as

Subcontractor          Contractor

certain projects may require a more rapid response. Contractor's Project SSHO can provide any special forms that may be required on certain projects.

Contractor reserves the right to request employees of subcontractor to undergo post-accident, post-injury and reasonable suspicion drug and alcohol testing. In the event that the drug and/or alcohol test result is positive, employee must be removed from the project site immediately. Subcontractor's employees may be included in jobsite and/or random testing at the option of the contractor. The Contractor will pay the cost of such drug testing.

## 5.  ORIENTATION:
All workers on site must attend a jobsite safety orientation given by Contractor's Project SSHO. Orientations should be given to the workers their first day on site.  Failure to attend the safety orientation may result in the workers removal from site.

## 6.  PERSONAL PROTECTIVE EQUIPMENT:
This section outlines requirements for personal protective equipment (PPE). In addition to these requirements, the following *clarifications* are made in order to assist in compliance with site policies.

a. *HARD HATS:* All personnel, vendors, visitors, owners, etc., who enter the job site must wear ANSI approved head protection at all times. *For identification purposes, the hard hats must visibly display the worker's name and the name of the company in which the worker is working for.* Hats or caps may not be worn under hard hats.

b. *SAFETY GLASSES:* Our standing policy is mandatory safety glasses at all times on site. Safety and prescription glasses must be ANSI Z-87.1 approved. No sunglasses are allowed without proper documentation showing the above criteria are met. Prescription glasses not meeting ANSI standards must be worn with over-the-glass safety glasses. Safety glass lenses are to be kept clean and free from scratching, pitting, etc. and damaged glasses must be replaced immediately. A face shield must be worn with safety glasses or goggles when chipping, cutting, grinding, etc. or whenever there is potential for material to project into a worker's face or eyes.

c. *RESPIRATORS:* Each company's competent person will determine what respiratory protection is appropriate for their workers. Respiratory physical and/or questionnaire and fit test records must be available upon request for all persons wearing respirators (this includes dust masks). All workers utilizing respiratory protection must have received training in accordance with OSHA requirements prior to the use of the equipment.

d. *BOOTS:* Leather work boots and rubber boots approved for construction use are the only authorized footwear on site. *Safety toed boots (ANSI Z-41.1) are required on military projects.* NO tennis type shoes will be allowed.

e. *WORK CLOTHING:* Substantial work pants and shirts with sleeves must be worn. No sweats, jams or excessively torn clothing. No tank tops or shorts allowed. Depending on the nature of the project and vicinity of vehicle traffic and heavy equipment, workers are required to wear Class 1, 2, or 3 high visibility work vests or garments. Employees are required to wear U.S. Coast Guard approved personal flotation devices (life vests) when working over or near water where other protective measures (guardrails) cannot be installed.

f. *HEARING PROTECTION:* All personnel on site must have hearing protection on their person at all times.   Hearing protection must be worn when working with or around power tools, heavy equipment and in high noise areas that exceed 85dBA.

g. *FALL PROTECTION EQUIPMENT: If a worker is exposed to a fall of 6 feet or greater, fall protection is required.* Full body harnesses and shock absorbing lanyards with double locking snap-hooks are required for personal fall protection. Each company's competent person must evaluate fall exposures and determine appropriate equipment and 5,000 lb rated anchor points. All employees must have training in fall prevention, protection and equipment prior to use.

h. *NO HARD HAT, NO SAFETY GLASSES, NO WORK BOOTS, NO ENTRY. Failure to comply with minimum PPE requirements will result in disciplinary action up to removal from the site. Site supervisory personnel will be held accountable for their workers compliance with these requirements.*

## 7.  PRE-PLANNING:
All subcontractors are requested to pre-plan safety into their schedule and daily operational practices. The following information should be reviewed with the crew at the beginning of each workday. The following information is a summary of key items that subcontractors frequently require assistance with on site.   Please review these issues and incorporate them into your pre-planning.

| | |
|---|---|
| 1. | What are we doing today? |
| 2. | Do we have enough people and the right equipment? |
| 3. | Does anyone have any safety concerns? |
| 4. | What are the lessons we have learned from this in the past? |

Subcontractor          Contractor

## 8.  USE OF INTOXICANTS OR DRUGS:

There is an absolute **NO tolerance** policy in regards to alcohol or drugs on site. This includes coming to work under the influence and consuming items on site, to include the parking lot or areas adjacent the work site. Violators will be subject to termination from Contractor's projects and will be removed from the site immediately. All Contractor's projects are operated in accordance with the Federal Drug-free Workplace Act of 1988.

## 9.  FIRST AID/CPR:

Each subcontractor is responsible to provide their workers with an accessible first aid kit. In addition, it is recommended that each subcontractor provide at least one worker on site certified in first aid/CPR. This responsible person(s) will need to be listed by name on the general information sheet provided in this packet.

## 10. REPORTING OF UNSAFE CONDITIONS:

All workers on site have a legal and moral duty to **report** and/or **immediately correct** any unsafe conditions. All supervisory personnel have a responsibility to immediately correct any unsafe conditions brought to their attention or observed.

## 11. SAFETY DEVICES:

Workers must obtain permission from Contractor to remove or disable any safety device, and are responsible for properly replacing any such devices removed and providing alternate protection. This primarily applies to guardrails, barricades and floor covers. For example, the removal of a guardrail to bring material into the building would require the alternate use of personal fall protection equipment.

## 12. HOUSEKEEPING:

This is a **primary** concern for health and safety matters, as well as production. All rubbish is to be collected and disposed of on a daily basis. It is important to clean as you go. Please ensure each worker on a daily basis disposes of all food rubbish properly, this includes soda cans. Back-charges may be affixed for companies not complying with daily clean-up requirements.

## 13. FALL PROTECTION:

The designated competent person must ensure that all workers have been trained to enable them to recognize hazards of falling; understand the procedures to be followed; and properly utilize, maintain and inspect the fall protective systems and personal fall arrest systems necessary to minimize these fall hazards. A competent person shall be designated by the subcontractor and listed by name on the corresponding general information sheet. Fall protection required at heights of 6' and above.

## 14. SCAFFOLDING:

All subcontractors are responsible for constructing their scaffolds in accordance with OSHA 29 CFR 1926, Sub Part L and applicable state OSHA or EM 385-1-1 requirements. A competent person shall be designated by the subcontractor and listed by name on the corresponding general information sheet. This person shall oversee all scaffold erection, modification and inspection **prior** to the scaffold's use. This competent person shall complete a scaffolding inspection verifying that the scaffold meets OSHA requirements. Scaffold must be tagged as "**Safe**" or "**Unsafe for USE**".

**Daily Inspection:**  The competent person shall inspect the scaffold daily prior to use and document inspection on scaffold tag.

If a person from a different company wants to use a subcontractor's scaffold, permission must be obtained from the scaffold owner. The competent person from the company whose workers will use the scaffold then must inspect the scaffold PRIOR to its use. Any employee working from the scaffold that has not been properly inspected and released to work on shall be subject to disciplinary action and required to stop work until corrections have been made.

## 15. LADDER USE:

It is important to plan ahead and bring the appropriate type and height of ladders for your scope of work. If there is a break in elevation of 19 inches or more, a step, ramp or ladder must be provided. "A" Frame may not be used by leaning against walls, and workers may not stand beyond the second step from the top. Extension ladders may not be used separated or modified (cut) to fit the work area. **All manufactured ladders on site must be rated for Type I (250-lb.) or IA (300-lb.) use.**

## 16. TRENCHING AND EXCAVATIONS:

It is the designated competent person's responsibility to determine that a trench is safe prior to workers entering the excavation each workday. A competent person shall be designated by the subcontractor and listed by name on the corresponding general information sheet. Trenches or excavations 4' or deeper must have extension ladders installed for access every 25', and must extend above the landing 3' and secured at the top and bottom. The use of

Subcontractor    Contractor

shoring, sloping or benching is required for trenches 5' or deeper or unstable soil conditions. **Type C soil cannot be benched.** Spoil piles must be a minimum of 2' from the edge of the excavation.

## 17. CRANE USE:
**In accordance with Cal/OSHA, HIOSH and EM 385-1-1 (15 Sept 08), all crane operators must have a valid <u>certification</u> to operate cranes and boom trucks.** Only certified operators with current physicals will be permitted to operate cranes and booms trucks. **Operators must have their physical card available at all times** for inspection. In addition, daily inspection logs must be completed immediately after inspection and available on site for review. All cranes must have a current copy of the annual inspection and certification on site for review. The manufacturers operating manual and load chart must be available in the cab of the crane at all times.

## 18. RIGGING:
The designated competent person must make inspections of slings, shackles, hooks, and latches daily or prior to use for your company. Riggers must be experienced and/or qualified by training and must be competent in the use of standard hand signals for controlling crane operations. **Any deficient rigging equipment found in use will be destroyed and/or removed immediately from site.**

## 19. POWERED INDUSTRIAL TRUCKS
   (FORKLIFTS):
**Only certified operators trained on the equipment in use will be permitted to operate forklifts.** Certification must be provided immediately upon request or the operator will not be permitted to use the equipment until certification can be provided. In addition, a daily inspection must be completed prior to forklift use, documented and available on site for review. The manufacturer's operating manual must be available on site for review and the load chart must be available in the cab of the forklift at all times.

## 20. AERIAL LIFTS:
Motorized man lifts, scissors lifts or articulating boom lifts are to be operated by trained personnel only. These are not to be used to hoist any material or equipment in any manner other than prescribed by the manufacturer. Fall protection is required in articulating boom lifts (i.e., JLG or snorkel lifts) for personnel at **all** times. For lifts that do not extend beyond their base (i.e., scissors lifts) fall protection is required if the guardrail system is not secured around the entire perimeter of the working cage (anchorage per manufacturers specifications). Path of travel is to be

cleared prior to movement of any lift. This means cords, etc. shall be moved or protected from damage from being run over. In addition, a daily inspection must be completed prior to aerial lift use, documented and available on site for review.

## 21. MECHANIZED MACHINERY AND EQUIPMENT:
Before any machinery or mechanized equipment is put into use on the job, it shall be inspected and tested by a qualified person and determined to be in a safe operating condition. The subcontractor shall conduct inspections at scheduled intervals recommended by manufacturers or as required by existing safety codes to assure safe operating conditions of the equipment and/or the static and performance tests as required.

## 22. ELECTRICAL EQUIPMENT:
All cords, adapters, GFCI, etc., must be in good repair. Cords not designated for heavy use are not permitted on site. Electrical tape covering cut or damaged cords is not acceptable. Any cord receptacles that have ground plugs missing or show signs of strain relief (cord wires exposed) must be taken out of service and repaired immediately. Only a qualified person may splice 12 gauge or heavier cords.

Each subcontractor must provide GFCI(s) when plugging into permanent building power. Watts Constructors will provide temporary power with GFCI via single phase 50 Amp 120/240 volt AC spider boxes. The use of job built electrical outlets (such as metal electrical boxes) modified with adapters is strictly prohibited. Electrical devices must be used as the manufacturer intended. **Any cords or equipment in use that do not meet federal/state OSHA requirements will be cut or removed from service immediately.**

Cords shall be protected from damage. All cords in stairwells or traffic areas must be kept out of the path of travel. This means securing cords up by the use of a non-conductive material, or providing a suitable ramp type cover.

**#14 AWG or heavier cords designated for heavy-duty use are allowed on site. Cords not meeting this requirement will be removed.**

## 23. TRAFFIC CONTROL:
Subcontractors providing flagging personnel to stop traffic at the work site are required at all times to be clearly visible to approaching traffic in a distance sufficient to permit proper response by the motorist to the flagging instructions, and to permit traffic to reduce

Subcontractor          Contractor

speed before entering the work site.

The use of high visibility clothing such as a vest, shirt, or jacket (**Class 3 ANSI/ISEA 107-2004**) shall be required for all spotters, inspectors, flagging personnel. Class 1, 2, or 3 shall be specified for all personnel on Contractor's projects.

All flaggers must be trained in accordance with federal/state OSHA regulations. Flagging personnel should be familiar with the proper procedures for stopping and slowing traffic, and knowing how and when it is safe for traffic to proceed.

### 24. LASER LEVELS/POWDER ACTUATED TOOLS (PAT):
Laser levels and PATs require certification of training and/or licensing from the authorized manufacturer's representative. **These documents are to be in the operator's possession during use of the equipment.** Powder actuated shot loads are to be disposed of properly, not left on the ground. Signs notifying other workers of this equipment's use must be visibly posted. Proper PPE must be worn while tools are in use, i.e., hearing and eye protection, as required by federal/state OSHA standards.

### 25. FIRE PREVENTION:
Workers involved in any hot work, such as welding, cutting, soldering or brazing, must provide and have available for immediate use,  an appropriately rated portable fire extinguisher. Depending on work location and conditions, a fire watch may also be required.
There is **NO SMOKING** allowed within the interior of any structure under construction (NFPA 1). Smoking is only allowed in designated areas.

Extinguishers provided for area protection by Watts Constructors are not to be used for personal hot work protection and are not to be removed from the area. If at any time a Contractor's extinguisher is used, the Project SSHO must be notified immediately so it may be replaced. Fire extinguishers must be in good repair and have a valid annual inspection. Monthly inspection of fire extinguishers will be documented to ensure compliance to the fire prevention program. On military projects, a burn permit must be in the worker's possession during all open flame and hot work operations.

### 26. FLAMMABLE LIQUID HANDLING:
Approved Type 1 and 2 metal Safety Cans (having self-releasing lids, and flash suppressing screens) are the **ONLY** portable fuel containers permitted on site. All containers, including gas cans, must be labeled in accordance with the Hazard Communication Standard. Plastic cans or metal cans without the above characteristics will be removed immediately upon discovery.

### 27. CYLINDER STORAGE:
Fuel and Oxygen cylinders shall not be stored within 20' of each other **(regardless of whether they are full or empty)** and cylinders shall be properly secured as to prevent accidental tipping and damage of valve stems. Cylinders not in use must have regulators removed and stored and valve caps in place. Cylinders are considered to be in storage if they are not in use within 24 hours and must be taken off cart and separated by a distance of 20 feet. **Cylinders may not be rigged for transport using a choker hitch and may only be flown by the crane in a properly rigged cart or other suitable device. Cylinders can be stored within 20' of one another if separated by a one hour fire resistant partition. Empty cylinders shall be labeled as empty and stored in the same manner.**

### 28. BULLETIN BOARD:
A bulletin board is provided by Contractor on site and will contain posters, such as the federal/state OSHA postings and other state and federal notification of rights documents and meet the EM 385-1-1 Sept 15, 01.A.06. Please be familiar with the location of this board, and **frequently check it for any changes or notifications regarding the project.**

### 29. DISCIPLINARY PROGRAM:
There is a disciplinary program followed by all Contractor's projects. The first written warning (safety contact) is an official verbal warning, letting the employee and supervisor both know of the infraction and that corrective measures need to be taken in the future. If a second written citation for any safety infraction is issued, the worker may be removed from the project for 1-5 days. If a third written citation is issued for any safety infraction, the worker is removed from all Contractor's projects for a minimum period of 90 days.

In the event of a life-threatening infraction, immediate removal may take place. Dependent on the seriousness of a safety infraction, Contractor's management may decide to increase the disciplinary action at any level of offense. In most cases, ample verbal warnings will be issued based on the Contractor's Project SSHO and site supervisory personnel's judgment. **It is critical that all subcontractors make sure their employees are aware of and comply with safety rules prior to the need for disciplinary action.**

Subcontractor _____ Contractor

On military projects, the Contracting Officer may also remove personnel, to include the Superintendent/QC if they are non-responsive or not enforcing the COE EM 385-1-1 at the contract work site.

**The following contains important information regarding the enforcement levels and actions of Contractor's' Disciplinary Program. The Contractor may, in its sole discretion, determine if any of the following corrective actions are appropriate or merited, and this list does not obligate the Contractor to follow a particular sequence of disciplinary actions.**

1. **Verbal Warning**
   - Corrective Action/Re-Training
2. **First Written Citation** (Official Verbal Warning)
   - Corrective Action/Re-Training
   - Copy of Safety Contact to Sub Supt.
   - Letter to Sub Project Manager
3. **Second Written Citation**
   - Corrective Action/Re-Training
   - Copy of Safety Contact to Sub Supt.
   - Letter to Sub Company President
   - Removal from project 1-5 days
4. **Third Written Citation**
   - Corrective Action/Re-Training
   - Copy of Safety Contact to Sub Supt.
   - Letter to Sub Company President
   - Possible removal from all Contractors projects for a minimum of 90 calendar days
5. **Life Threatening Infraction**
   - Corrective Action/Re-Training
   - Immediate Removal from Project
   - Copy of Safety Contact to Sub Supt
   - Letter to Sub Company President
6. **Workplace Violence Infraction**
   - Immediate and Permanent Removal from all Contractor's Projects
   - Letter to Sub Company President

- Possible Prosecution
7. **Substance Abuse Violation** (Tests positive or caught on site or perimeter in possession or under influence)
   - Immediate Removal from Project
   - Letter to Sub Company President

-    END OF ATTACHMENT -

Subcontractor    Contractor



**ATTACHMENT "C"**
COMPLIANCE

1. **PRIME CONTRACT FLOWDOWN CLAUSES:**
This agreement incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, Contractor will make their full text available. The Subcontractor represents it has familiarized itself with the full text of each clause below which is incorporated by reference. All clauses referenced herein shall be incorporated in all lower tier Subcontracts.

FAR 28.203, ACCEPTABILITY OF INDIVIDUAL SURETIES

FAR 28.204, ALTERNATIVES IN LIEU OF CORPORATE OR INDIVIDUAL SURETIES

FAR 52.204-2, SECURITY REQUIREMENTS AND ALTERNATE II (AUG 1996)

FAR 52.209-5, CERTIFICATION REGARDING RESPONSIBILITY MATTERS (APR 2010)

FAR 52.209-7, INFORMATION REGARDING RESPONSIBILITY MATTERS (FEB 2012)

FAR 52.209-9, UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS (FEB 2012)

FAR 52.211-10, COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

FAR 52.211-12, LIQUIDATED DAMAGES-CONSTRUCTION (SEPT 2000)

FAR 52.222-23, NOTICE OR REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION (FEB 1999)

FAR 52.222-38, COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (SEP 2010)

FAR 52.222-54, EMPLOYMENT ELIGIBILITY VERIFICATION (JAN 2009)

FAR 52.223-2, AFFIRMATIVE PROCUREMENT OF BIOBASED PRODUCTS UNDER SERVICE AND CONSTRUCTION CONTRACTS (DEC 2007)

FAR 52.223-3, HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)

FAR 52.223-4, RECOVERED MATERIAL CERTIFICATION (MAY 2008)

FAR 52.223-9, ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED ITEMS (MAY 2008)

FAR 52.225-5, TRADE AGREEMENTS (AUG 2009)

FAR 52.225-6, TRADE AGREEMENTS CERTIFICATE (JAN 2005)

FAR 52.225-9, BUY AMERICAN ACT – CONSTRUCTION MATERIALS (SEP 2010)

FAR 52.225-10, NOTICE OF BUY AMERICAN ACT REQUIREMENT – CONSTRUCTION MATERIALS (FEB 2009)

FAR 52.228-2, ADDITIONAL BOND SECURITY (OCT 1997)

FAR 52.228-5, INSURANCE—WORK ON A GOVERNMENT INSTALLATION (JAN 1997)

FAR 52.228-13, ALTERNATIVE PAYMENT PROTECTIONS (JUL 2000)

FAR 52.228-15, PERFORMANCE AND PAYMENT BONDS—CONSTRUCTION (NOV 2006)

FAR 52.229-3, FEDERAL, STATE, AND LOCAL TAXES (APR 2003)

FAR 52.236-2, DIFFERING SITE CONDITIONS (APR 1984)

FAR 52.236-3, SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984)

FAR 52.236-4, PHYSICAL DATA (APR 1984)

FAR 52.236-6, SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)

FAR 52.236-14, AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984)

FAR 236-27, SITE VISIT (CONSTRUCTION) (FEB 1995)

FAR 52.243-4, CHANGES (JUN 2007)

FAR 52.243-7, NOTIFICATION OF CHANGES (APR 1984)

FAR 52.251-1, GOVERNMENT SUPPLY SOURCES (AUG 2010)

FAR 52.252-6, AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

DFARS 252.211-7003, ITEM IDENTIFICATION AND VALUATION (JUN 2011)

DFARS 252.211-7007, REPORTING OF GOVERNMENT-FURNISHED EQUIPMENT IN THE DOD ITEM UNIQUE IDENTIFICATION (IUID) REGISTRY (NOV 2008)

DFARS 252.222-7006, RESTRICTIONS ON THE USE OF MANDATORY ARBITRATION AGREEMENTS (DEC 2010)

DFARS 252.222-7999, ADDITIONAL REQUIREMENTS AND RESPONSIBILITIES RESTRICTING THE USE OF MANDATORY ARBITRATION AGREEMENTS (DEVIATION) (FEB 2010)

DFARS 252.232-7003, ELECTRONIC SUBMISSION OF PAYMENT REQUESTS AND RECEIVING REPORTS (JUN 2012)

DFAR 252.232-7006, WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (JUN 2012)

FAC 5252.201-9300, CONTRACTING OFFICER AUTHORITY (JUN 1994)

FAC 5252.209-9300, ORGANIZATIONAL CONFLICTS OF INTEREST (JUN 1994)

FAC 5252.228-9300, INDIVIDUAL SURETY/SURETIES (JUN 1994)

FAC 5252.232-9301, INVOICING PROCEDURES ELECTRONIC (NAVFAC SW MAR 2009)

FAC 5252.236-9301, SPECIAL WORKING CONDITIONS AND ENTRY TO WORK AREA

FAC 5252.236-9303, ACCIDENT PREVENTION (NOV 1998)

FAC 5252.236-9305, AVAILABILITY OF UTILITIES (JUN 1994)

FAC 5252.236-9310, RECORD DRAWINGS (OCT 2004)

FAC 5252.236-9312, DESIGN-BUILD CONTRACT-ORDER OR PRECEDENCE (AUG 2006)

FAC 5252.236-9313, DESIGN-BUILD CONTRACT – INCORPORATION OF DESIGNER-OF-RECORD FINAL DESIGN (JUL 2008)

Subcontractor          Contractor

2.  **FEDERAL LAWS**
This agreement incorporates the following federal laws by reference, with the same force and effect as if they were given in full text.

   a.  *Copeland "Anti-Kickback" Act*
   b.  *Antitrust/Collusive Bidding Act*
   c.  *Contract Disputes Act*
   d.  *Federal False Claims Act*
   e.  *False Statements Act*
   f.  *Forfeiture of False Claims Act*
   g.  *Procurement Integrity Act*
   h.  *Products from Eligible Sources*
   i.  *Truth In Negotiations Act*

3.  **CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT**
Subcontractors with an award in excess of $5,000,000 and a performance period of more than 120 days, except when the subcontract— (1) Is for the acquisition of a commercial item; or (2) Is performed entirely outside the United States, must comply with the ethics and conduct requirements of FAR 52.203-13.

4.  **DISPLAY OF HOTLINE POSTER(S)**
Subcontractors with an award in excess of $5,000,000, except when the subcontract— (1) Is for the acquisition of a commercial item; or (2) Is performed entirely outside the United States, must comply with FAR 52.203-14.

5.  **NOTIFICATION OF EMPLOYEE RIGHTS UNDER FEDERAL LABOR LAWS**
Pursuant to executive order 13496 and the implementing regulations at 29 CFR 471, all subcontractors at every tier must post the notice prescribed at 29 CFR 471.2 entitle "Employee Rights under the National Labor Regulations Act".

6.  **DAVIS BACON ACT**
Subcontractors performing on federal contracts (and on federally assisted contracts under the related Acts) in excess of $2,000 must pay their laborers and mechanics not less than the prevailing wage rates and fringe benefits, as determined by the Secretary of Labor, for corresponding classes of laborers and mechanics employed on similar projects in the area.

The Subcontractor shall pay wages and fringe benefits as set forth in General Decision Number: CA140019, Modification 0, dated 08/22/2014 CA19.

7.  **EQUAL OPPORTUNITY**

*See **Attached E** - EEO Certificate of Compliance*

8.  **AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION**
*See **Attached E** - EEO Certificate of Compliance*

9.  **E-VERIFY**
Pursuant to EO 12989, as amended, Subcontractors (with a subcontract value over $3,000) are required to enroll in the E-Verify program within 30 calendar days of the subcontract award date, provided this subcontract is for the federal government within the United States. Subcontractors are further required to verify the employment eligibility of: (i) all persons hired by Subcontractor during the subcontract term, and (ii) all persons assigned by the Subcontractor to perform contract services on this Subcontract.

10. **FAR 52.232-27, PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (OCT 2008)**
This Subcontract includes the Prompt Payment Act which requires payment to Subcontractor within 7 days after contractor receives payment from government. Failure of contractor to pay in accordance with this clause entitles subcontractor to prescribed interest. Interest penalties also apply to any subcontractor at any tier for violation of this clause. This clause must be incorporated into all lower tier subcontracts. The obligation for prompt payment requires a proper invoice (see clause). Withholding and Retentions are permissible as set forth in the clause.

11. **DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS:**

   N/A

12. **FEDERAL ACQUISITON REGULATION CONTRACT CLAUSES IN FULL TEXT:**
The following full test clauses are applicable to this agreement.

   N/A

**52.225-11 Buy American Act—Construction Materials under Trade Agreements.**

   As prescribed in 25.1102(c), insert the following clause:

   BUY AMERICAN ACT—CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS (AUG 2009)

   (a) *Definitions.* As used in this clause—

Subcontractor    Contractor

"Caribbean Basin country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different construction material distinct from the materials from which it was transformed.

"Commercially available off-the-shelf (COTS) item"—

(1) Means any item of supply (including construction material) that is—

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in section 3 of the Shipping Act of 1984 (46 U.S.C. App. 1702), such as agricultural products and petroleum products.

"Component" means an article, material, or supply incorporated directly into a construction material.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means—

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm),

and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the construction material.

"Designated country" means any of the following countries:

(1) A World Trade Organization Government Procurement Agreement country (Aruba, Austria, Belgium, Bulgaria, Canada, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Netherlands, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan, or United Kingdom);

(2) A Free Trade Agreement country (Australia, Bahrain, Canada, Chile, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Mexico, Morocco, Nicaragua, Oman, Peru, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, East Timor, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Maldives, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, Tanzania, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Netherlands Antilles, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, or Trinidad and Tobago).

"Designated country construction material" means a construction material that is a WTO GPA country construction material, an FTA country construction material, a least developed country construction

Subcontractor        Contractor

material, or a Caribbean Basin country construction material.

"Domestic construction material" means—

(1) An unmanufactured construction material mined or produced in the United States;

(2) A construction material manufactured in the United States, if—

(i) The cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic; or

(ii) The construction material is a COTS item.

"Foreign construction material" means a construction material other than a domestic construction material.

"Free Trade Agreement country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement (FTA) country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a FTA country into a new and different construction material distinct from the materials from which it was transformed.

"Least developed country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different construction material distinct from the materials from which it was transformed.

"United States" means the 50 States, the District of Columbia, and outlying areas.

"WTO GPA country construction material" means a construction material that—

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different construction

material distinct from the materials from which it was transformed.

(b) Construction materials.

(1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) by providing a preference for domestic construction material. In accordance with 41 U.S.C. 431, the component test of the Buy American Act is waived for construction material that is a COTS item (See FAR 12.505(a)(2)). In addition, the Contracting Officer has determined that the WTO GPA and Free Trade Agreements (FTAs) apply to this acquisition. Therefore, the Buy American Act restrictions are waived for designated country construction materials.

(2) The Contractor shall use only domestic or designated country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to the construction materials or components listed by the Government as follows:

----

[Contracting Officer to list applicable excepted materials or indicate "none"]

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that—

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act.

(1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate

Subcontractor          Contractor

information for Government evaluation of the request, including—

    (A) A description of the foreign and domestic construction materials;

    (B) Unit of measure;

    (C) Quantity;

    (D) Price;

    (E) Time of delivery or availability;

    (F) Location of the construction project;

    (G) Name and address of the proposed supplier; and

    (H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

    (ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

    (iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

    (iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

    (2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

    (3) Unless the Government determines that an exception to the Buy American Act applies, use of foreign construction material is noncompliant with the Buy American Act.

    (d) *Data.* To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

FOREIGN AND DOMESTIC CONSTRUCTION MATERIALS PRICE COMPARISON

| Construction Material Description | Unit of Measure | Quantity | Price (Dollars)* |
|---|---|---|---|
| Item 1: | | | |
| Foreign construction material | ____ | ____ | ____ |
| Domestic construction material | ____ | ____ | ____ |
| Item 2: | | | |
| Foreign construction material | ____ | ____ | ____ |
| Domestic construction material | ____ | ____ | ____ |

[*List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.*]

[*Include other applicable supporting information.*]

[* *Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).*]

(End of clause)

FAR 52.225-13, RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (FEB 2006)
As prescribed in 25.1103(a), insert the following clause:
RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (JUNE 2008)
(a) Except as authorized by the Office of Foreign Assets Control (OFAC) in the Department of the Treasury, the Contractor shall not acquire, for use in the performance of this contract, any supplies or services if any proclamation, Executive order, or statute administered by OFAC, or if OFAC's implementing regulations at 31 CFR Chapter V, would prohibit such a transaction by a person subject to the jurisdiction of the United States. (b) Except as authorized by OFAC, most transactions involving Cuba, Iran, and Sudan are prohibited, as are most imports from Burma or North Korea, into the United States or its outlying areas. Lists of entities and individuals subject to economic sanctions are included in OFAC's List of Specially Designated Nationals and Blocked Persons at *http://www.treas.gov/offices/enforcement/ofac/sdn.* More information about these restrictions, as well as updates, is available in the OFAC's regulations at 31 CFR Chapter V and/or on OFAC's website at *http://www.treas.gov/offices/enforcement/ofac.* (c) The Contractor shall insert this clause, including this paragraph (c), in all subcontracts.
    (End of clause)
    -   END OF ATTACHMENT -

Subcontractor    Contractor



**ATTACHMENT "D"**
SMALL BUSINESS REPRESENTATIONS

## W91238-14-C-0040 – SATELLITE COMMUNICATION EARTH TERMINAL STATION FACILITY, CAMP ROBERTS, CA

PURSUANT TO THE GOVERNMENT'S PROCUREMENT ACQUISITION REGULATIONS, AND OTHER U.S. GOVERNMENT LAWS, REGULATIONS AND EXECUTIVE ORDERS, IT IS NECESSARY THAT OFFERORS CERTIFY THAT THEY COMPLY WITH CERTAIN U.S. GOVERNMENT POLICIES PRIOR TO AWARD OF A SUBCONTRACT OR PURCHASE ORDER FUNDED UNDER A GOVERNMENT PRIME CONTRACT (PUBLIC FUNDS). THE INFORMATION REQUIRED IN THIS ATTACHMENT MUST BE COMPLETED BY SUBCONTRACTORS, SUPPLIERS, AND VENDORS, AND RETURNED AS PART OF THEIR SUBCONTRACT OR PURCHASE ORDER.

All subcontractors with subcontracts with awarded values over $25,000 must be registered in the System for Award Management

(https://www.SAM.gov)

DUNS # **133993191** or CAGE Code # **4PT24**.

1. **BUSINESS SIZE AND STATUS**.

As stated in FAR 52.219-1, "Small Business Program Representations (April 2011)."

(a) (1) The North American Industry Classification System (NAICS) code for this acquisition is _____.

(2) The small business size standard is _____.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) *Representations*.
(1) The offeror represents as part of its offer that it (CHECK ONE)
☐ is a small business concern
☒ is not a small business concern

*[Complete (2) through (8) only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision]*:

(2) The offeror represents, for general statistical purposes that it (CHECK ONE)
☐ is, ☒ is not a small disadvantaged business concern as defined in 13 CFR 124.1002

(3) The offeror represents as part of its offer that it (CHECK ONE)
☐ is, ☒ is not a women-owned small business concern

(4) Women-owned small business (WOSB) concern eligible under the WOSB Program.

*[Complete only if the offeror represented itself as a women-owned small business concern in paragraph (b)(3) of this provision.]*

The offeror represents as part of its offer that it (CHECK ONE)
(i) ☐ is, ☒ not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) ☐ is, ☒ is not joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (b)(4)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture.
*[The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture: _____.]*

Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.

(5) Economically disadvantaged women-owned small business (EDWOSB) concern.

*[Complete only if the offeror represented itself as a women-owned small business concern eligible under the WOSB Program in (b)(4) of this provision.]*

The offeror represents as part of its offer that it

(i) It ☐ is, ☒ not an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) ☐ is, ☒ not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (b)(5)(i) of this

Subcontractor        Contractor

provision is accurate in reference to the EDWOSB concern or concerns that are participating in the joint venture.

*[The offeror shall enter the name or names of the EDWOSB concern or concerns that are participating in the joint venture: _____.]*

Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.
(6) The offeror represents as part of its offer that it (CHECK ONE)
☐ is, ☒ is not a veteran-owned small business concern

(7) The offeror represents as part of its offer that it (CHECK ONE)
☐ is, ☒ is not a service-disabled veteran-owned small business concern

(8) The offeror represents, as part of its offer, that — (i) It (CHECK ONE)
☐ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR Part 126; and (ii) it (CHECK ONE)
☐ is, ☒ is not a joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (b)(8)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture.
*[The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: _____*

Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

## 2. ADDITIONAL BUSINESS STATUS REPRESENTATION

(a) As defined in FAR 52.226-1, "Utilization of Indian Organizations and Indian-Owned Economic Enter-

prises (JUNE 2000)." *Representation.* The offeror represents that it —
☐ is, ☒ is not an Indian Organization;
☐ is, ☒ is not an Indian-Owned Economic Enterprise.

(b) As defined in FAR 52.226-2, "Historically Black College or University Minority Institution Representations (OCT 2008)." *Representation.* The offeror represents that it —
☐ is, ☒ is not a historically black college or university;
☐ is, ☒ is not a minority institution.

(c) As defined in 10 U.S. Code Sec. 2410d. (b) (2) "…qualified nonprofit agency for the blind or other severely handicapped…" *Representation.* The offeror represent that it —
☐ is, ☒ is not a qualified nonprofit agency for the blind;
☐ is, ☒ is not a qualified nonprofit agency for the severely handicapped.

## 3. SUBCONTRACTING PLAN

The Subcontractor agrees that the FAR clause 52.219, "Utilization of Small Business Concerns," (JAN 2011) be included in all Subcontracts and/or Purchase Order Agreements which offer further subcontracting opportunities. Under FAR 52.219-9 Small Business Subcontracting Plan, all subcontractors, (except small business concerns) who receive subcontracts in excess of $650,000 ($1.5M for construction) will be required to adopt and comply with a Subcontracting Plan as set forth in FAR 52.219-9, "Small Business Subcontracting Plan." Such plans shall be submitted to Contractor's Small Business Administrator within 10 days of Subcontract award to assure that all minimum requirements of an acceptable Subcontracting Plan have been met. The acceptability of percentage goals shall be determined on a case-by-case basis depending on the supplies/services involved, the availability of potential firms in the small business community, and prior experience. Once approved and implemented, Plans will be monitored through the submission of periodic reports.

The subcontractor agrees to submit such periodic reports and cooperate in any studies or surveys as may be required by the Contracting Agency or the U.S. Small Business Administration in order to determine the extent of compliance by the Subcontractor with the Subcontracting Plan and with FAR clause 52.219-8.

Subcontractor | Contractor

Periodic reports are required to be electronically transmitted, using the web-based e-SRS at http://www.esrs.gov. There are two types of reports: **Individual Subcontract Report (ISR) and Summary Subcontract Report (SSR).** Reports will be prepared in accordance with the instructions provided in sub-paragraph (l) of revised FAR Clause 52.219-9 – Small Business Subcontracting Plan (JAN 2011). Regardless of the effective date of this contract, reports shall be inputted in the e-SRS for the entire life of the contract on the following dates:

Period ending 31 March - *Report is to be inputted electronically not later than 30 April*
Period ending 30 September - *Report is to be inputted electronically not later than 31 October*

A separate "Final" *ISR* report is required at contract completion.

When inputting the ISR and SSR reports, please identify the email addresses of the following individual(s) responsible for acknowledging receipt or rejecting these reports:
- Administrative Contracting Officer as stated in the prime contract
- U. S. Small Business Administration's Procurement Center Representative
- Contractor's Small Business Administrator *(Email addresses to be provided by Contractor)*

**4. FALSE REPRESENTATIONS.** As defined in FAR 52.219-1(d)2, "Small Business Program Representations."

Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged women-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall–
   (i) Be punished by imposition of fine, imprisonment, or both;
   (ii) Be subject to administrative remedies, including suspension and debarment; and
   (iii) Be ineligible for participation in programs conducted under the authority of the Act.

I hereby certify that the responses provided above are accurate and complete to the best of my knowledge. Furthermore, I have read and understand the contents of this Attachment and agree to comply with the regulations stated therein.

Subcontractor Name: Papich Construction Co. Inc    Subcontractor No: Z119100.003

Signature: _____ (Officer or Owner of Company)    Title: President    Date: 2/6/15

Attachment D - Page 3 of 3
October 2013

Subcontractor    Contractor



**ATTACHMENT "E"**
## EEO CERTIFICATE OF COMPLIANCE

### I. CONTRACT CLAUSES INCORPORATED BY REFERENCE

#### A. Equal Opportunity Clause
The undersigned agrees that the Equal Opportunity clause (i.e., 41 CFR 60-1.4(a)) and other clauses prohibiting discrimination against any employee or applicant for employment because of race, color, religion, sex or national origin, in Executive Order No. 11246 and codified as 41 CFR 60-1 et. seq. are incorporated by this reference in each nonexempt contract or purchase order which presently exists or which may be entered into hereafter, between the undersigned and the Contractor.

#### B. Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era
The undersigned agrees that the Equal Opportunity clause (i.e., 41 CFR 60-250.5) and Affirmative Action clause (i.e., 41 CFR 60-250.40) and other clauses relating to the employment and advancement of disabled veterans and veterans of the Vietnam era, in Executive Order No. 11701 and codified as 41 CFR 60-250 et. seq., , are incorporated by this reference in each nonexempt contract which presently exists or which may be entered into hereafter, between the undersigned and the Contractor.

#### C. Affirmative Action for Disabled Workers
The undersigned agrees that the Equal Opportunity clause (i.e., 41 CFR 60-741.5) and Affirmative Action clause (i.e., 41 CFR 60-741.43) and other clauses relating to the employment and advancement of qualified disabled employees and applicants for employment, in Executive Order No. 11758 and codified as 41 CFR 60-741 et. seq., , are incorporated by this reference in each nonexempt contract which presently exists or which may be entered into hereafter, between the undersigned and the Contractor

### II. AFFIRMATIVE ACTION PROGRAMS

#### A. Affirmative Action Programs
The undersigned, unless otherwise exempt, agrees that if it has 50 or more employees and (1) has a contract or subcontract of $50,000 or more; or (2) has Government bills of lading which can reasonably be expected to total $50,000 or more in any 12-month period; or (3) serves as a depository of Government funds in any amount; or (4) is a financial institution which is an issuing and paying agent for U.S. savings notes and savings notes in any amount, the undersigned agrees that it will develop a written affirmative action compliance program for each of its establishments within 120 days from the commencement of this contract

#### B. Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era
The undersigned agrees that if it holds a contract of $50,000 or more and if it has 50 or more employees, it will prepare and maintain an affirmative action program at each establishment setting forth its policies, practices and procedures relating to the employment and advancement of disabled veterans and veterans of the Vietnam era, in accordance with the provision of 41 CFR 60-250.1 et seq. This program may be integrated into or kept separate from other affirmative action programs of the undersigned, but must be prepared within 120 days from the commencement of this contract.

#### C. Affirmative Action for Disabled Workers
The undersigned agrees that if it holds a contract of $50,000 or more and if it has 50 or more employees, it will prepare and maintain an affirmative action program at each establishment setting forth its policies, practices and procedures relating to the employment and advancement of disabled workers in accordance with the provisions of 41 CFR 60-741.1 et. seq. This program may be integrated into or kept separate from other affirmative action programs of the undersigned, but must be prepared within 120 days of the commencement of this contract

### III. STANDARD FORM 100 (EEO-1) REPORTS
If the undersigned is (1) not exempt from the provisions of the Equal Opportunity Clause as provided in 41 CFR 60-1.5, (2) has 50 or more employees, and, (a) is a prime contractor or first tier subcontractor and, has a contract, subcontract or purchase order amounting to $50,000 or more or (b) serves as a depository of Government funds in any amount or (c) is a financial institution which is an issuing and paying agent for U.S. savings bonds and savings notes, the undersigned agrees that it will file with the appropriate Federal agency a complete and accurate report on Standard Form 100 (EEO-1) within 30 days after the signing of this agreement or the award of any such purchase order (unless such a report has been filed in the last 12 months), and agrees to continue to file such reports annually.

### IV. CERTIFICATION OF NONSEGREGATED FACILITIES
In accordance with 41 CFR 60-1.8, the undersigned certifies that it does not and will not maintain any facilities it provides for its employees in a segregated manner, or permit its employees to perform their services at any location under its control where segregated facilities are maintained; and that the undersigned will obtain a similar certification prior to the award of any nonexempt subcontract. This certification does not apply to toilets and necessary changing facilities designed to assure privacy between the sexes.

---

**I AM AUTHORIZED TO SIGN THIS CERTIFICATE OF COMPLIANCE AND COMMIT THE COMPANY TO THE APPLICABLE PROVISIONS.**

_Papich Construction Co, Inc_
FULL LEGAL NAME OF COMPANY AND ADDRESS

SIGNATURE          TITLE _President_          DATE _2/27/15_

Attachment E - Page 1 of 1
May 2009

Subcontractor | Contractor



**ATTACHMENT "G"**
**PUBLIC REPORTING OF FINANCIAL INFORMATION**

**New Sub-Contract Reporting Requirement**. The Federal Acquisition Regulation has been amended to include a new sub-contract reporting requirement resulting from the passage of the Federal Funding Accountability and Transparency Act (FFATA). This new reporting requirement is implemented by **FAR 52.204-10**, which is hereby incorporated into this sub-contract agreement for all subcontracts which exceed the awarded value of $25,000.

By executing this sub-contract agreement, the sub-contractor is contractually obligated to fulfill certain reporting requirements through the Prime Contractor, and more specifically, the sub-contractor may be contractually obligated to provide the following:  *The names and total compensation of the subcontractor's "five most highly paid executives"* (which includes officers, managing partners, or any other employees in management positions).  *This information will be publicly available on the website: http://www.usaspending.gov*

All subcontractors with awarded values over $25,000 must be registered in the System for Award Management ("SAM").
  https://www.SAM.gov.  DUNS # **133993191** or CAGE Code # **4PT24**.

EXEMPTION: If, in the previous tax year the legal entity to which the DUNS number above belongs had gross income from all sources less than $300,000, no FFATA reporting is required. [FAR 52.204.10(d)2].  Is your company exempt?

☐ Yes          ☒ No

**If No**, in order to determine whether you are required to report executive compensation data, answer the following questions(s):

For the preceding completed fiscal year, did your business or organization (the legal entity to which the DUNS number above belongs) receive (1) 80 percent of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperation agreements; and (2) $25,000,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants and/or cooperative agreements?

☐ Yes          ☒ No

If **Yes**, does the public have access to information about the compensation of the executives in the the business or organization (the legal entity to which the DUNS number provided above belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d) or section 6104 of the Internal Revenue Code of 1986?

☐ Yes          ☐ No

If **No**, Please provide the names and Total Compensation of Top 5 Employees:

| Name | Amount |
|------|--------|
| Name | Amount |
| Name | Amount |
| Name | Amount |
| Name | Amount |

Subcontractor Name: _Papich Construction Co., Inc_  Subcontract No:   Z119100.003

Signature: _____  Title: _President_  Date: _2/16/15_
                (Officer or Owner of Company)

*Compliance with the Reporting Requirements in FFATA, and the certification set forth above, are contractually mandatory, and any false certification or submission of data under FFATA may be a basis for withholding of funds or other appropriate remedial action at the sole discretion of Contractor.*

Subcontractor          Contractor



State Of California

License Number **767055**                Entity CORP

Business Name PAPICH CONSTRUCTION COMPANY INC

Classification(s) A HAZ

Expiration Date 07/31/2016          www.cslb.ca.gov

# EXHIBIT B

ISSUED IN THREE (3) ORIGINAL COUNTERPARTS

## SUBCONTRACT PERFORMANCE BOND

Bond No. SU1131700

KNOW ALL MEN BY THESE PRESENTS:

That  PAPICH CONSTRUCTION COMPANY, INC.    800 FARRELL RD. GROVER BEACH, CA 93433

<small>(Here insert the name and address, or legal title, of the Subcontractor)</small>

as Principal, hereinafter called Principal, and ARCH INSURANCE COMPANY , a corporation
of the State of MISSOURI , with its home office, JERSEY CITY, NEW JERSEY hereinafter
as Surety, called Surety, are held and firmly bound unto WATTS CONSTRUCTORS, LLC

925 LAKEVILLE STREET #407 PETALUMA, CA 94952

<small>(Here insert the name and address, or legal title, of the General Contractor)</small>

as Obligee, hereinafter called Obligee, in the amount of
TWO MILLION EIGHT HUNDRED NINETY EIGHT THOUSAND EIGHT HUNDRED SIXTY FIVE 55/100Dollars ($ 2,898,865.55 ),
for the payment of which Principal and Surety bind themselves, their heirs, executors, administrators, successors and
assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated FEBRUARY 16TH, 2015 entered into
a subcontract with Obligee for SALTELLITE COMMUNICATIONS EARTH TERMINAL STATION FACILITY - EARTHWORK, BASE, PAVING,
UNDER-BASE IMPROVEMENTS, STRIPING, SIGNAGE, PARKING BUMBERS, SILT FENCE INSTALLATION, AND CONSTRUCTION FENCES
in accordance with drawings and specifications prepared by

<small>(Here insert full name)</small>

which subcontract is by reference made a part hereof, and is hereinafter referred to as the subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That, if Principal shall promptly and
faithfully perform said subcontract, then this obligation shall be null and void; otherwise it shall remain in full force and
effect.

Whenever Principal shall be, and be declared by Obligee to be in default under the subcontract, the Obligee having
performed Obligee's obligations thereunder:

(1) Surety may promptly remedy the default subject to the provisions of paragraph 3 herein, or;

(2) Obligee after reasonable notice to Surety may, or Surety upon demand of Obligee may arrange for the performance
of Principal's obligation under the subcontract subject to the provisions of paragraph 3 herein;

(3) The balance of the subcontract price, as defined below, shall be credited against the reasonable cost of completing
performance of the subcontract. If completed by the Obligee, and the reasonable cost exceeds the balance of the
subcontract price, the Surety shall pay to the Obligee such excess, but in no event shall the aggregate liability of
Surety exceed the amount of this bond. If the Surety arranges completion or remedies the default, that portion of
the balance of the subcontract price as may be required to complete the subcontract or remedy the default and to
reimburse the Surety for its outlays shall be paid to the Surety at the times and in the manner as said sums would
have been payable to Principal had there been no default under the subcontract. The term "balance of the
subcontract price," as used in this paragraph, shall mean the total amount payable by Obligee to Principal under
the subcontract and any amendments thereto, less the amounts heretofore properly paid by Obligee under the
subcontract.

Any suit under this bond must he instituted before the expiration of two years from date on which final payment
under the subcontract falls due.

No right of action shall accrue on this bond to or for the use of any person or corporation other than the Obligee
named herein or the heirs, executors, administrators or successors of the Obligee.

Signed and sealed this 18TH day of FEBRUARY , 2015

PAPICH CONSTRUCTION CO., INC.

<small>Principal</small>

_____ (SEAL)

ARCH INSURANCE COMPANY

<small>Surety</small>

By _____ , Attorney-in-Fact
PHILIP E. VEGA

PRF80010ZZ0601F

AIC 0000137524

***THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON BLUE BACKGROUND.***

*This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.  Not valid for Mortgage, Note, Loan, Letter of Credit, Bank Deposit, Currency Rate, Interest Rate or Residential Value Guarantees.*

# POWER OF ATTORNEY

Know All Persons By These Presents:

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal administrative office in Jersey City, New Jersey (hereinafter referred to as the "Company") does hereby appoint:

Britton Christansen, Jadon H. Smith, Kevin Vega, Myrna Smith and Philip E. Vega of Covina, CA (EACH)

its true and lawful Attorney(s)in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed:

Any and all bonds, undertakings, recognizances and other surety obligations, in the penal sum not exceeding Ninety Million Dollars ($90,000,000.00).

This authority does not permit the same obligation to be split into two or more bonds In order to bring each such bond within the dollar limit of authority as set forth herein.

The execution of such bonds, undertakings, recognizances and other surety obligations in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal administrative office in Jersey City, New Jersey.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on September 15, 2011, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"VOTED, That the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them subject to the limitations set forth in their respective powers of attorney, to execute on behalf of the Company, and attach the seal of the Company thereto, bonds, undertakings, recognizances and other surety obligations obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on September 15, 2011:

VOTED, That the signature of the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on September 15, 2011, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company.



**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                     CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                    )
County of _____Los Angeles_____    )

On ___FEB 1 8 2015_____ before me, ___Monica Blaisdell, Notary Public_____,
              *Date*                                        *Here Insert Name and Title of the Officer*

personally appeared ___Philip E. Vega_____
                                        *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



MONICA BLAISDELL
Commission # 1970845
Notary Public - California
Orange County
My Comm. Expires Mar 26, 2016

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____
              *Signature of Notary Public*

Bond No. SU1131700

## SUBCONTRACT LABOR AND MATERIAL PAYMENT BOND

KNOW ALL MEN BY THESE PRESENTS:

That PAPICH CONSTRUCTION CO., INC.   800 FARRELL RD. GROVER BEACH, CA 93433

(Here insert the name and address, or legal title, of the Subcontractor)

as Principal, hereinafter called Principal, and ARCH INSURANCE COMPANY , a corporation of the State of
MISSOURI , with its home office, JERSEY CITY, NEW JERSEY , as Surety, hereinafter
called Surety are held and firmly bound unto WATTS CONSTRUCTORS, INC. ,

925 LAKEVILLE ST. #407 PETALUMA, CA 94952

(Here insert the name and address, or legal title, of the General Contractor)

as Obligee, hereinafter called Obligee, for the use and benefit of claimants as hereinbelow defined, in the amount of
TWO MILLION EIGHT HUNDRED NINETY EIGHT THOUSAND EIGHT HUNDRED SIXTY FIVE 55/100

(Here insert a sum at least equal to one-half of the subcontract price)

Dollars ($ 2,898,865.55 ), for the payment where Principal and Surety bind themselves,
their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated FEBRUARY 16TH, 2015 entered into a
subcontract with Obligee for SATELLITE COMMUNICATIONS EARTH TERMINAL STATION FACILITY- EARTHWORK, BASE, PAVING,
UNDER-BASE IMPROVEMENTS, STRIPING, SIGNAGE, PARKING BUMBERS, SILT FENCE INSTALLATION, AND CONSTRUCTION FENCES
in accordance with drawings and specifications prepared by

(Here insert full name and title)

which subcontract is by reference made a part hereof, and is hereafter referred to as the subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That if the Principal shall promptly make
payment to all claimants as hereinafter defined, for all labor and material used or reasonably required for use in the performance
of the subcontract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject to the following
conditions.

(1) A claimant is defined as one having a direct contract with the Principal for labor, material, or both, used or reasonably required for
use in the performance of the contract, labor and material being construed to include that part of water, gas, power, light, heat, oil,
gasoline, telephone service or rental of equipment directly applicable to the subcontract.

(2) The above-named Principal and Surety hereby jointly and severally agree with the Obligee that every claimant as herein defined,
who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's
work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond for the use of such
claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant, and have execution thereon. The
Obligee shall not be liable for the payment of any costs or expenses of any such suit.

(3) No suit or action shall be commenced hereunder by any claimant,
  (a) After the expiration of one (1) year following the date on which Principal ceased work on said subcontract it being understood,
  understood, however, that if any limitation embodied in this bond is prohibited by any law controlling the construction hereof
  such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.
  (b) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the
  project, or any part thereof, is situation, or in the United States District Court for the district in which the project, or any part
  thereof, is situated, and not elsewhere.

(4) The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this 18TH day of FEBRUARY , 2015

PAPICH CONSTRUCTION CO., INC.

_Principal_

(SEAL)

ARCH INSURANCE COMPANY

_Surety_

By PHILIP E. VEGA , Attorney-in-Fact

PAY80010ZZ0601Γ

AIC 0000137523

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON BLUE BACKGROUND.**

*This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated. Not valid for Mortgage, Note, Loan, Letter of Credit, Bank Deposit, Currency Rate, Interest Rate or Residential Value Guarantees.*

# POWER OF ATTORNEY

Know All Persons By These Presents:

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal administrative office in Jersey City, New Jersey (hereinafter referred to as the "Company") does hereby appoint:

Britton Christansen, Jadon H. Smith, Kevin Vega, Myrna Smith and Philip E. Vega of Covina, CA (EACH)

its true and lawful Attorney(s)in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed:

Any and all bonds, undertakings, recognizances and other surety obligations, in the penal sum not exceeding Ninety Million Dollars ($90,000,000.00).

This authority does not permit the same obligation to be split into two or more bonds In order to bring each such bond within the dollar limit of authority as set forth herein.

The execution of such bonds, undertakings, recognizances and other surety obligations in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal administrative office in Jersey City, New Jersey.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on September 15, 2011, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"VOTED, That the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them subject to the limitations set forth in their respective powers of attorney, to execute on behalf of the Company, and attach the seal of the Company thereto, bonds, undertakings, recognizances and other surety obligations obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on September 15, 2011:

VOTED, That the signature of the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on September 15, 2011, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company.

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California                                )

County of   Los Angeles                      )

On _____ before me,   Monica Blaisdell, Notary Public _____,

         *Date*                             *Here Insert Name and Title of the Officer*

personally appeared   Philip E. Vega _____

                                    *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

                   *Signature of Notary Public*

> MONICA BLAISDELL
> Commission # 1970845
> Notary Public - California
> Orange County
> My Comm. Expires Mar 26, 2016