```
              FILED
      CLERK, U.S. DISTRICT COURT

         July 20, 2021

    CENTRAL DISTRICT OF CALIFORNIA
    BY:      VPC       DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| WATTS CONSTRUCTORS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PAPICH CONSTRUCTION CO., INC.;<br>ARCH INSURANCE COMPANY, INC.;<br>AND DOES 1 to 20,<br><br>　　　　　Defendants. | Case No. 20-cv-08947-SB-PVC<br><br>**ORDER FOLLOWING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　　The court, having reviewed the Stipulation of the parties that this entire action, including all claims and counterclaims, may be dismissed and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that the Stipulation of the parties is approved. The entire action, including all claims and counterclaims alleged against all parties, is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: July 20, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR.